
**RadioFreeEurope RadioLiberty**

**RUSSIA**

September 24, 2016
03:55 GMT

RFE/RL

# Report: U.S. Intelligence Officials Examining Trump Adviser's Russia Ties

Yahoo News is reporting that U.S. intelligence officials are trying to establish whether a businessman identified by Republican presidential candidate Donald Trump as a foreign policy adviser has held private discussions with senior Russian officials on bilateral issues, including U.S. sanctions.

In a **report published September 23**, the news outlet cited "multiple sources who have been briefed on the issue" as saying that the individual under scrutiny is Carter Page, a former Moscow-based investment

banker whom **Trump identified in March as part of his foreign policy team**.

Yahoo News cited an unidentified "Western intelligence source" as saying that U.S. officials have received intelligence reports that during his trip to Moscow in July, Page met with Igor Sechin, chairman of state-owned Rosneft and one of President Vladimir Putin's closest allies.

Sechin is among numerous Russian officials and businesspeople sanctioned by Washington and the EU over Moscow's annexation of Ukraine's Crimean Peninsula in March 2014 and subsequent backing of armed separatists in eastern Ukraine.

Yahoo News cited the same Western intelligence source as saying that U.S. intelligence officials have received reports that Page has also met with Igor Diveikin, a right-hand man of Vyacheslav Volodin, Putin's first deputy chief of staff and a key architect of Russia's political landscape during Putin's third term.

The report said Page, who previously worked for Merrill Lynch in Moscow, declined to comment when reached by Yahoo News.

Page raised eyebrows in U.S. political circles in July with a lecture he delivered to students and businesspeople in Moscow in which he accused "Washington and other Western capitals" of impeding other nations' "potential progress through their often hypocritical focus on ideas such as democratization, inequality, corruption, and regime change" -- criticisms that echo those frequently voiced by the Kremlin.

Trump campaign spokeswoman Hope Hicks in August **called Page an "informal foreign policy adviser"** who "does not speak for Mr. Trump or the campaign."

The Yahoo News report cited Trump campaign spokesman Jason Miller as saying this week that Page "has no role" in the campaign and that "we are not aware of any of his activities, past or present."

Page said in an **interview with with Bloomberg** in March that he had investments in state-owned Russian energy giant Gazprom, which has also been **hit by U.S. and EU sanctions**.

He currently heads **Global Energy Capital**, a New York-based investment firm that says it focuses on the energy sector in emerging markets.

Trump has said he will improve battered bilateral ties with Russia if he is elected to the White House and has spoken positively about Putin. He said earlier this month that the Russian president has been more of a leader for his country that Obama has been for the United States.

Hillary Clinton, his Democratic rival in the November 8 election, has accused him of being too sympathetic to Putin. Her campaign has also suggested that hackers, alleged to be Russian, who have stolen and published emails of Democratic National Committee staff are working on behalf of the Kremlin to improve Trump's electoral chances.

Both Trump and the Kremlin have dismissed these suggestions as baseless.

The Yahoo News report was published a day after leading Democrats on the congressional intelligence committees accused Russia of trying to influence the U.S. election via computer hacking and called on Putin to "order a halt to this activity."

Based on reporting by Yahoo News, The Washington Post, and Reuters

Radio Free Europe/Radio Liberty © 2017 RFE/RL, Inc. All Rights Reserved.

# EXHIBIT 3

# Still4Hill

# "RESIST, INSIST, PERSIST, ENLIST." – HILLARY RODHAM CLINTON

**Feeds:**    <u>Posts</u>    <u>Comments</u>

# Hillary Clinton at 'Once and for All' Premiere

November 19, 2015 by <u>still4hill</u>

This evening, after an early morning TV appearance immediately followed by a major policy speech, Hillary Clinton attended the premiere at the SVA Theatre of AOL's MAKERS: 'Once And For All.' She was introduced by AOL CEO Tim Armstrong, and posed on the red carpet with Katie Couric.











































AOL CEO and chairman Tim Armstrong, left, introduces Democratic presidential candidate Hillary Rodham Clinton before the premiere of the movie "Makers: Once and for All", Thursday, Nov. 19, 2015, in New York. The movie chronicles the months in 1995 leading up to the U.N. Fourth World Conference on Women in Beijing which Clinton attended. (AP Photo/Julie Jacobson)



Democratic U.S. presidential candidate Hillary Clinton arrives for the premiere of the documentary film "Makers: Once And For All" at the DOC NYC documentary film festival in the Manhattan borough of New York City November 19, 2015. "Makers: Once And For All" tells the story of the 1995 Beijing Women's Conference and features commentary from the former U.S. First Lady and Secretary of State. REUTERS/Mike Segar



Democratic presidential candidate Hillary Rodham Clinton, second from right, greets AOL chairman and CEO Tim Armstrong, left, before the premiere of the movie "Makers: Once and for All," Thursday, Nov. 19, 2015, in New York. The movie chronicles the months in 1995 leading up to the U.N. Fourth World Conference on Women in Beijing which Clinton attended. (AP Photo/Julie Jacobson)



Democratic U.S. presidential candidate Hillary Clinton greets AOL CEO Tim Armstrong (L) as she arrives for the premiere of the documentary film "Makers: Once And For All" at the DOC NYC documentary film festival in the Manhattan borough of New York City, November 19, 2015. "Makers: Once And For All" tells the story of the 1995 Beijing Women's Conference and features commentary from the former U.S. First Lady and Secretary of State. Also pictured are director Dyllan McGee (2nd L), producer Samantha Leibovitz (2nd R) and director Michael Epstein (R). REUTERS/Mike Segar



Democratic presidential candidate Hillary Rodham Clinton, left, poses for a photo with Katie Couric before the premiere of the movie "Makers: Once and for All," Thursday, Nov. 19, 2015, in New York. The movie chronicles the months in 1995 leading up to the U.N. Fourth World Conference on Women in Beijing which Clinton attended. (AP Photo/Julie Jacobson)



Democratic U.S. presidential candidate Hillary Clinton (C) poses for photographers with (from L) producer Sarah Wolitzky, AOL CEO Tim Armstrong, director Dyllan McGee, producer Samantha Leibovitz and director Michael Epstein at the premiere of the documentary film "Makers: Once And For All" at the DOC NYC documentary film festival in the Manhattan borough of New York City, November 19, 2015. "Makers: Once And For All" tells the story of the 1995 Beijing Women's Conference and features commentary from the former U.S. First Lady and Secretary of State. REUTERS/Mike Segar



Democratic presidential candidate Hillary Rodham Clinton arrives for the premiere of the documentary film "Makers: Once and for All," Thursday, Nov. 19, 2015, in New York. The movie chronicles the months in 1995 leading up to the U.N. Fourth World Conference on Women in Beijing which Clinton attended. (AP Photo/Julie Jacobson)



Democratic U.S. presidential candidate Hillary Clinton makes remarks on stage before the premiere of the documentary film "Makers: Once And For All" at the DOC NYC documentary film festival in the Manhattan borough of New York City, November 19, 2015. "Makers: Once And For All" tells the story of the 1995 Beijing Women's Conference and features commentary from the former U.S. First Lady and Secretary of State. REUTERS/Mike Segar



Democratic presidential candidate Hillary Rodham Clinton, right, poses for a photo with AOL chairman and CEO Tim Armstrong before the premiere of the movie "Makers: Once and for All," Thursday, Nov. 19, 2015, in New York. The movie chronicles the months in 1995 leading up to the U.N. Fourth World Conference on Women in Beijing which Clinton attended. (AP Photo/Julie Jacobson)



Democratic presidential candidate Hillary Rodham Clinton, right, talks with AOL chairman and CEO Tim Armstrong before the premiere of the movie "Makers: Once and for All," Thursday, Nov. 19, 2015, in New York. The movie chronicles the months in 1995 leading up to the U.N. Fourth World Conference on Women in Beijing which Clinton attended. (AP Photo/Julie Jacobson)



Democratic presidential candidate Hillary Rodham Clinton, left, talks with Katie Couric before the premiere of the movie "Makers: Once and for All," Thursday, Nov. 19, 2015, in New York. The movie chronicles the months in 1995 leading up to the U.N. Fourth World Conference on Women in Beijing which Clinton attended. (AP Photo/Julie Jacobson)



Democratic presidential candidate Hillary Rodham Clinton speaks before the premiere of the movie "Makers: Once and for All, Thursday, Nov. 19, 2015, in New York. The movie chronicles the months in 1995 leading up to the U.N. Fourth World Conference on Women in Beijing which Clinton attended. (AP Photo/Julie Jacobson)



Democratic U.S. presidential candidate Hillary Clinton poses with AOL CEO Tim Armstrong as she arrives for the premiere of the documentary film "Makers: Once And For All" at the DOC NYC documentary film festival in the Manhattan borough of New York City, November 19, 2015. "Makers: Once And For All" tells the story of the 1995 Beijing Women's Conference and features commentary from the former U.S. First Lady and Secretary of State. REUTERS/Mike Segar



Democratic U.S. presidential candidate Hillary Clinton arrives for the premiere of the documentary film "Makers: Once And For All" at the DOC NYC documentary film festival in the Manhattan borough of New York City, November 19, 2015. "Makers: Once And For All" tells the story of the 1995 Beijing Women's Conference and features commentary from the former U.S. First Lady and Secretary of State. REUTERS/Mike Segar



Democratic U.S. presidential candidate Hillary Clinton greets DOC NYC Executive Director Raphaela Neihausen (L) as she arrives on stage to make remarks with AOL CEO Tim Armstrong (R) before the premiere of the documentary film "Makers: Once And For All" at the DOC NYC documentary film festival in the Manhattan borough of New York City, November 19, 2015. "Makers: Once And For All" tells the story of the 1995 Beijing Women's Conference and features commentary from the former U.S. First Lady and Secretary of State. REUTERS/Mike Segar

From there, she shuttled over to Cipriani where she is now **receiving the inaugural  Governor Marion M. Cuomo Leadership Award** (https://still4hill.com/2015/11/12/hillary-clinton-to-receive-inaugural-governor-mario-m-cuomo-leadership-award/).



(https://www.hillaryclinton.com/finance/?raiser=16837)



(https://www.hillaryclinton.com/volunteer/)

Posted in Appearances, Hillary Clinton, Hillary Rodham Clinton, Speaking Engagements | Tagged AOL Makers, Appearances, Beijing, Hillary Clinton, Once and for All, Speaking Engagements, Women's rights | 1 Comment

# One Response

**Inaugural Governor Mario M. Cuomo Leadership Award Presented to Hillary Clinton | Still4Hill**
[…] « Hillary Clinton at 'Once and for All' Premiere […]

*on November 19, 2015 at 10:45 pm* | *Reply*



Comments RSS

Blog at WordPress.com.

WPThemes.