# EXHIBIT 11



AdChoices

THE BLOG

# Trump's Russian Connections Explain His Climate Change Denial

09/29/2016 11:48 EDT | Updated 09/29/2016 11:48 EDT




Amica Graber
Writer, tea-addict, and over-thinker.



http://www.huffingtonpost.ca/amyrose-lane/trump-russian-connection_b_12223494.html

Trump's Russian Connection: Explain... Regime Change Demar



TRENDING

Bloomberg via Getty Images

Heckler He's Not Muslim ns Why He Didn't Tel

LOOK: 15 Houseboats For Sale In B.C.

What $300,000 Will Buy You In B.C.

25 Amazing Facts You (Probably) Never Knew About Bryan Adams

Hurricane Irma Powers Into Florida Keys

Kind Of

*Trump and his running mate said that Russian President Vladimir Putin is smarter than U.S. President Barack Obama, provoking Democratic condemnation and prompting some Republicans to distance themselves. (Photo: Andrew Harrer/Bloomberg via Getty Images)*

Secretary Clinton landed many zingers during the first debate, but perhaps the most memorable exchange came when she raised the omnipresent issue of Trump's refusal to hand over his taxes.

"I have no reason to believe that he's ever going to release his tax returns, because there's something he's hiding. And we'll guess. We'll keep guessing at what it might be that he's hiding. But I think the question is, were he ever to get near the White House, what would be those conflicts? Who does he owe money to?"

There's a clear, insidious answer. Throughout this election, Trump has repea Russian President Vladimir Putin. His relationship with the Russian government least.

SUBSCRIBE AND FOLLOW Politics

Get top stories and blog posts emailed to me each

For instance, consider his choice of staffers. Paul Manafort worked for Viktor Yanukovych's campaign in Ukraine between 2004 and 2010. Yanukovych ended his tenure in Ukraine wanted for mass murder, and Manafort went home to eventually work for Trump. However, the controversies blanketing Manafort ended his run with the GOP frontrunner once it was revealed he was secretly taking mi payments from pro-Russia political groups.

This week, Carter Page stepped down as Trump's foreign policy advisor under similar circumstances. As a foreign policy advisor, one should be free of any perceived biases. Nobody m to the Trump campaign, as Page has been intimately involved with Russian energy and politics since the early 2000s. Page lived in Moscow, working in the energy sector and brokerir energy giant, Gazprom. Putin personally owns 4.5 per cent of Gazprom, while helms owns 50 per cent of it. Carter Page has his own wealth invested in Gazprom and attends the annual investor meetings.

Newsletter

address@email.com

Subscribe Now

Twitter      Facebook

Snapchat      Instagram

Before Page's resignation on Monday, Yahoo reported that U.S. intelligence officers were looking into Page's connections in Moscow after he flew there shortly before the RNC convention in Cleveland.

YOU MAY LIKE      Promoted Links



CNN Host Blasts Trump, Calling Him â An Embarrassment To Humankindâ

Diana's brother 'lied to' over princes' funeral walk

Mom: Twins Are Different Colors. 18 Years Later, They Look So Different
HeraldWeekly

Tax Fund This Case But It Is Left Unused
History In Orbit

by Taboola

VIDEOS

Mikhail Svetlov via Getty Images

*Russian President Vladimir Putin. (Photo: Mikhail Svetlov/Getty Images)*

Hurricane Irma Wreaks Havoc In St. Maarten And Barbuda

The *Washington Post* reports that while in Russia, Page met with some suspicious friends, although he has denied these allegations:

"The U.S. government had received intelligence reports that Page met with Igor Sechin, a friend of Vladimir Putin who runs Russian oil giant Rosneft, and Igor Diveykin, a high-ranking Russian intelligence official."

Scary Clowns: What's Behind The Cultural Phobia

Secret meetings aside, Page *gave a speech* while in Moscow that casts a shadow over Trump's energy policy:

Hurricane Irma Batters The Caribbean With High-Speed Winds

"In exchange for sanctions relief, Page said, American companies might be invited to partner with Russian firms to exploit Russia's oil and gas fields."

This, apparently, prompted a response from U.S. Intelligence officers. "It's on our radar screen," said one official to Yahoo, regarding about Page's contacts with Russian officials. Page resigned shortly after.

What Do Canadians Associate With Their Political Parties?

When Trump's top advisors have this much invested in foreign oil conglomerates, is it any surprise that Trump isn't interested in clean energy? And since Trump is steadfast in his decision to be the first Presidential candidate since Richard Nixon to refuse to release his taxes, what exactly are his personal interests?

While Page was stepping down, Clinton was embracing renewable energy at Hofstra University. Clean and



renewable energy came up within minutes of her opening remarks. Later on, she doubled down with this:



## What Exactly Is Usful?

**Clinton:** Take clean energy. Some country is going to be the clean energy superpower of the 21st century. Donald thinks that climate change is a hoax perpetrated by the Chinese. I think it's real.



**Trump:** I did not. I did not. I do not say that.

**Clinton:** I think science is real.

**Trump:** I do not say that.



Island Ahead Of
## Hurricane Irma

*Imma let you finish but —*

Dwayne 'The Rock'



 **Donald J. Trump** ✔
@realDonaldTrump                    🐦 Follow

The concept of global warming was created by and for the
Chinese in order to make U.S. manufacturing non-competitive.

3:15 PM - Nov 6, 2012

💬 12,750   🔁 105,062   ♡ 67,339                        ⓘ



**Donald J. Trump** ✔
@realDonaldTrump                    🐦 Follow

This very expensive GLOBAL WARMING bullshit has got to
stop. Our planet is freezing, record low temps,and our GW
scientists are stuck in ice

8:39 PM - Jan 1, 2014

💬 2,654   🔁 7,677   ♡ 5,153                        ⓘ





### Donald J. Trump @realDonaldTrump

Any and all weather events are used by the GLOBAL WARMING HOAXSTERS to justify higher taxes to save our planet! They don't believe it $$$$!

5:40 PM - Jan 26, 2014

💬 202   🔁 805   ♡ 694

Clinton is absolutely right. There will be a clean energy superpower, and if we play our cards right, we're the first in line.

Although Trump lamented the disintegration of the automotive industry along the Rust Belt, the traditional gas-guzzling motor industry isn't coming back. Oil is on its last legs — according to BP, we have 52 years of global supplies left. The future will rely on homegrown renewable energy that doesn't require America's dependence on unstable regions (that also fund terrorist groups like ISIL) or engage in destructive environmental practices. The future, as Clinton said, is clean, renewable energy that is manufactured in America and provides jobs for Americans.

Hypothetically speaking, if Trump did have a "special relationship" with Putin, the last thing Putin wants to see is a clean energy superpower — especially if it's American. Sixty-three per cent of Russia's exports are oil and gas. China, by the way, is one of Gazprom's biggest customers. China recently loaned Gazprom $2.8 billion loan from Bank of China to secure the exportation of oil through Siberia.

Putin has made his thoughts on alternative energy sources abundantly clear. He favours nuclear power over renewables, stating the following:

"Nuclear power generation is the only available alternative to oil and gas today. These projects exist. They are viable alternatives. All other ideas are just for fun."

It's almost as if it were spoken by Trump himself.

Putin once casually remarked over dinner that he could "destroy America in half an hour or less." State-controlled Russian TV is flooded with anti-American propaganda. According to Trump, Putin referred to our first African-American President as the "N-word," which Trump seemed to have no problem with. During the same speech, Trump also invited Putin to hack into government servers to retrieve Hillary's emails.

Russia has already has exerted far too much power in this election. Putin's potential influence on a Trump administration cannot be ignored. And while Trump's tax returns are filed under lock and key, we simply do not know whose interests he is protecting. But it's unlikely to be those of the American people.

Trump's Russian Connections Explain His Odd Love Affair With Debi...

Case 1:17-cv-06990-LGS   Document 1-6   Filed 09/14/17   Page 7 of 23

9/11/17, 12:57 P

*This article was originally published on Green Future.*

**Follow HuffPost Canada Blogs on Facebook**

[f] Follow  2.8K people are following HuffPost Canada Blogs. Sign Up to see who your friends are following.

## *Also on HuffPost:*







**Republicans Who Have Refused To Bac...**

MORE: 2016 election    Climate change    climate change denial    Donald Trump    environment    gazprom

Hillary Clinton    Politics    renewable energy

Suggest a correction

## Popular In the Community





**JAGMEET SINGH FLOATS DECRIMINALIZATION OF**



**JAGMEET SINGH EXPLAINS WHY HE DIDN'T**



ONTA WON'

 **Joey Horbachewsky**
17h

Look at Portugal for a great example of what

 **Brian Olafson**
1d

He handled himself and the situation with

Inste new

## Conversation (17)

        



Sort by Newest ▾                                    Log In

 Add a comment...



**The Hoser**

In the conspiracy bubble Putin and Trump are the good guys. The anti American conspiracy world gives the Jihadist lots of ammunition to point to the U.S as the great satin. The people in the right-wing conspiracy world believe everything is a vast conspiracy. Ironically the gullible believe everything that is true is false and everything that is false is true! Even mainstream media has been sucked in. The conspiracy entertainment industry is making millions producing BS conspiracies!

Reply · Share ·



**Paul Merrifield**

Trump;
"Will these science gods ever say their CO2 end of days is as real as they say the planet isn't flat before it's TOO LATE TO SAY IT? Are they also only 99% sure the planet isn't flat?"

Only 35 MORE years of debate, denial and climate action delay to save the planet is certain and unstoppable now.

Reply · Share ·



**Lou Bordeleau**

You don[t want these two buddies running the country

**You May Like** Sponsored Links by Taboola



**Pakistani council orders girl's 'revenge rape'**



**Former President Barack Obama Pays Special Visit**

to Clooney Family



**Michael Douglas Knows Donald Trump Very Well, Says He's Not 'a...**



**This Woman Wants To Make Your Sex...**
*Huffington Post*



**Ninety Per Cent Of Us Are Stressed About How Muc...**
*Huffington Post*



**Your Skin Needs This Three-Ingredient, All-...**
*Huffington Post*



**White House responds to Fox News lawsuit**
*CNN Money*





**Tim Tebow Turned Down This Girl`s Invite To...**
*HeraldWeekly*





**Bob Barker's Net**



**The Real Reason**

http://www.huffingtonpost.ca/amyrose-lane/trump-russian-connection_b_12223494.html

## Worth Has Left Fans Questionin...

YnetNews

## Why Prince George Is Always Wearing Shorts





## Police: Mountain Lion Takes Dog From Bedroom Where Child Wa...

## New Must-See Photo as Princess Charlotte Turns 2

Advertise   Careers   FAQ

User Agreement   Privacy   Comment Policy   About Us   About Our Ads

Copyright © 2017 TheHuffingtonPost.com, Inc.

"The Huffington Post" is a registered trademark of TheHuffingtonPost.com, Inc. All rights reserved.

Part of HuffPost News • HPMG News







# EXHIBIT 12

     

**IIHUFFPOSTI**



 

THE NEW MINI CONTRYMAN PLUG-IN HYBRID.
MINI ELECTRIC    TAKE CHARGE

AdChoices

**POLITICS** 06/21/2016 08:30 pm ET



# Trump Adviser Once Compared Sanctions Against Russia To Police Killing Black Men

"Just as five police officers ganged up on [Eric] Garner, over a half-dozen new NATO members have expanded to Russia's border," Carter Page wrote.

By Jessica Schulberg



CREDIT PETRAS MALUKAS/AFP/GETTY IMAGES

Donald Trump has shocked voters since the early days of the campaign with his praise for Russian President Vladimir Putin. Above, a woman walks past a mural of the two politicians on a restaurant wall in the Lithuanian capital of Vilnius.

WASHINGTON — One of Donald Trump's main sources of information on foreign affairs is a Russophile who once compared lethal police brutality against unarmed black men to the U.S. policy of sanctioning Russia as punishment for its military incursions into Ukraine.

In February 2014, Ukrainian protesters ousted president Viktor Yanukovych, a corrupt leader closely allied with Russian president Vladimir Putin. Putin responded by sending troops across the border to invade Crimea, a Ukrainian province that Moscow later annexed after a widely disputed referendum. In the following months, Moscow continued


DESIGN YOUR NEW MINI COUNTRYMAN.
DESIGN YOURS
AdChoices


**TRENDING**


Miss Texas Tears Into Trump In A Blistering 15-Second Takedown On Live TV


Miss North Dakota Cara Mund Is Crowned State's First-Ever Miss America


Neil deGrasse Tyson Destroys Climate Change Deniers' Favorite Argument In 1 Tweet


A History Of Donald Trump's Tasteless Comments About 9/11


Warning Signs You May Need Help with Depression

to arm and assist pro-Russian separatist groups fighting against the Ukrainian government.

Throughout the conflict, President Barack Obama resisted calls to arm the Ukrainians, and instead opted to send them non-lethal military aid and to hit Russia with economic sanctions. Ukraine, Obama reasoned, is a non-NATO country on Russia's border, and therefore will always be of greater strategic importance to Moscow than Washington.

Obama faced bipartisan criticism for his restraint, but Carter Page, one of five people who Donald Trump has named as a foreign policy adviser, argued in a January 2015 piece in the Global Policy Journal that Washington's response in Ukraine is indicative of a broader pattern of domestic civil rights violations.

In the piece, Page draws a clunky parallel between Michael Brown and Eric Garner, two unarmed black men who U.S. police officers killed in 2014; and Putin, the authoritarian Russian president who led an illegal invasion into a neighboring sovereign state.

"While the loss of Michael Brown and Eric Garner has received intense media coverage and perfunctory federal government investigations, the economic injustice unleashed upon the millions of people residing in Russia, Ukraine and the former Soviet Union by misguided Western policies has met limited recognition," he wrote at the time.

Referring to Putin's "so-called annexation of Crimea," Page argued that Russia suffered a disproportionate response for "relatively minor" actions — much in the way that Garner was strangled to death after confronted by the cops for selling loose cigarettes. "Just as five police officers ganged up on Garner, over a half-dozen new NATO members have expanded to Russia's border and near abroad over recent decades," he wrote, linking to another piece he authored about NATO expansion.


Trump Supporters' Attempt At Stephen King Boycott Backfires Spectacularly


The Former Movie Set One Family Calls Home

HUFFPOST
How will Trump's administration impact you?
Subscribe to the Politics email
address@email.com
SUBSCRIBE


Troops wearing unmarked uniforms in Sevastopol, Ukraine, in March 2014. An emblem on their vehicle and their number plates identify them as belonging to the Russian military.



Page did not immediately respond to request for comment.

As a former adviser and current shareholder in Gazprom, Russia's state-controlled gas company, Page has a personal interest in a relaxation of sanctions against Moscow. But his rambling pro-Putin writings extend far beyond the legitimate debate over the efficacy and morality of using sanctions as a deterrent. In the January 2015 piece, Page conspiratorially asserts that U.S. officials, including Assistant Secretary of State Victoria Nuland, secretly fomented the Ukrainian uprising against Yanukovych.

According to Page's public online biography, he is a founder and managing partner of Global Energy Capital. He spent seven years as an investment banker at Merrill Lynch, and opened its office in Moscow. Much like his boss, Page has plenty of experience in business, and little in politics.

Trump has confounded voters since the early days of the campaign with his exuberant praise of Putin as a "strong leader" who he envisions having a "very good relationship with." On Friday, the Washington Post published an extensive investigation of Trump's financial ties to Russian oligarchs, explaining, in part, his affinity for a country that is consistently on the opposite side of the U.S. on major foreign policy initiatives.

When Trump named Page as a foreign policy adviser in March, Page received enthusiastic notes from Russia contacts who were hopeful he could help reverse the sanctions, he told Bloomberg Politics in an interview.

It's unclear why Page opted to portray U.S. policy toward Russia through the lens of the equally important but seemingly unrelated issue of violence against black Americans — but it's a recurring theme in his writing. He sought to make this connection again the following month, this time accusing the 2015 National Security Strategy, a mundane executive branch report, of bearing resemblance to an 1850 document that taught slaveholders how to produce the "ideal slave."

As an example, Page linked to the Wikipedia page on "Treatment of slaves in the United States," claiming the 1850 slaveholders' manual instructed masters to "Deprive access to education and recreation, to ensure that slaves remain uneducated, helpless and dependent."

The supposed modern-day parallel? A line in the National Security Strategy that said, "Targeted economic sanctions will remain an effective tool for imposing costs on

irresponsible actors."

*Editor's note: Donald Trump regularly incites political violence and is a serial liar, rampant xenophobe, racist, misogynist and birther who has repeatedly pledged to ban all Muslims — 1.6 billion members of an entire religion — from entering the U.S.*

*Do you have information you want to share with HuffPost? Here's how.*

ALSO ON HUFFPOST

*PHOTO GALLERY*

## Countries Trump Probably Shouldn't Visit




See Gallery

Jessica Schulberg
Foreign Affairs Reporter, HuffPost

Suggest a correction

MORE:


Donald Trump   Russia   Vladimir Putin   Carter Page

**You May Like**

Sponsored Links by Taboola

**Bob Barker's Net Worth Has Left Fans Questioning Everything**
TheHNews

**Tiger Woods' Private Jet Is Far From You'd Expect**
Reliance Gold

**More Mar-a-Lago customers dump Trump**
CNN Money

**The Sweatshirt Designed by an Apple Engineer That's Bringing Manufacturing Back to America**

Business Insider | American Giant

**What Tiger Woods' Ex -Wife Looks Like Now Left Us With No Words**

Rentandfastyle

**See Inside The Luxurious Senior Living Apartments Funded By Betty White.**

Luxurious Senior Apartments | Search Ltins

## Around The Web

Powered By ZergNet



Steve Bannon Says the Trump Presidency is 'Over'
Mytheal Cum



Steve Bannon Defiant in '60 Minutes' Interview
Hollywoodreporter.com




The Sad New Life of Exiled Ruth Madoff
Nygost.com

## MOST SHARED



There Were A Lot Of Vulvas Showing At Namilia's New York Fashion Week Show



J.K. Rowling And Patton Oswalt Hit Back At Kickboxer's Depression Claim



Steve Bannon Says Trump Firing Comey May Be Biggest Mistake In Modern Politics



10 Very Simple Steps to a Better Relationship
Sponsored by Health Central



John Oliver Figures Out Trump's Problem: He's 'Out Of His F**king Mind'

## WHAT'S HOT



Trump Voter Fraud Panel Agenda Paints Picture Of Election System Rife With Fraud



10 Best Practices for Men's Sexual Health
Sponsored by HealthCentral



Twitter Roasts Los Angeles Rams' Awful Attendance In NFL Opener



Alexis Bledel Has An Emmy Now








**Report: 8 Shot Dead At Dallas Cowboys Watch Party In Plano, Texas**



**Emma Thompson Still Regrets Turning Down That Date With Donald Trump**



**10 Best Practices for Men's Sexual Health**
Sponsored by HealthCentral



**Beached Manatees Rescued From Low Tide In Wake of Hurricane Irma**

**IHUFFPOSTI**

ABOUT US
ADVERTISE
About Our Ads
Contact Us

RSS
FAQ
Careers
Archive

User Agreement
Privacy Policy
Comment Policy

© HuffPost
An Oath brand

©2017 Oath Inc. All rights reserved. Part of HuffPost • HPMG News

# EXHIBIT 13

No Justice, No Nuclear Peace: Weapons of Mass Destruction... Security, Institutions, Comment & Opinion, Media, Events, Journal

Case 1:17-cv-06990-GBS Document 1-6 Filed 09/14/17 Page 20 of 23

9/11/17, 5:00



global
POLICY

*enter email address for newsletter*

*Search*

**HOME**   **THE JOURNAL**   **BOARD MEMBERS**   **GP OPINION**   **PROJECTS**   **VIDEOS**   **GP INSTITUTE**   **EVENTS**

## FROM THE JOURNAL

♦ Global public goods and bads



**'Sustainability as Maritime Security: A Small Island Developing State Perspective?'**



**Redesigning Indian Ocean Fisheries Governance for 21st Century Sustainability**



**China's Marine Fishery and Global Ocean Governance**

## LATEST ISSUE



The contributions to this special issue highlight critical issues in the study of Resourcing International Organizations (IOs). They call for a research approach that hones in on their administrations, their capacity for strategic action and their inter-

## No Justice, No Nuclear Peace: Weapons of Mass Destruction in an Age of Inequity

Carter Page - 5th January 2015



*Amidst rising justice concerns in America and a return to Cold War tactics by policymakers, Carter Page considers the evolving nuclear relationship between the U.S. and Russia.*

In recent months, renewed calls for equal justice have brought social tension across the United States after the killing of Michael Brown and Eric Garner by police officers in Missouri and New York respectively. Although commonly overlooked, the impact of other fatal mistakes by government officials in the foreign policy arena might vastly outweigh these tragic deaths in potentially catastrophic proportions.

With the continued **escalation and threat** of further sanctions on Russia, the West has focused on the so-called annexation of Crimea. But just as injustice for minorities might be largely forgotten until documented on **video**, the annexation of the entirety of Ukraine by a few officials in Washington which started that region's current disorder in the first place has received far less attention. While the loss of Michael Brown and Eric Garner has received **intense media coverage** and perfunctory federal government **investigations**, the economic injustice unleashed upon the millions of people residing in Russia, Ukraine and the former Soviet Union by misguided Western policies has met limited recognition.

The deaths triggered by U.S. government officials in both the former Soviet Union and the streets of America in 2014 share a range of close similarities.

First, Eric Garner was the weaker power in his interaction with the more heavily armed New York Police Department (NYPD) officers. From the Crimean Peninsula to Staten Island, no lenience for minor offenses represented a complete lack of justice. While Eric Garner was brutally accosted for the petty crime of selling cigarettes, Russia's actions were relatively minor in comparison to the revolutionary forces that the U.S. helped instigate in the preceding months. Just as **five police officers** ganged up on Garner, over a half-dozen new NATO members have **expanded to Russia's border** and near abroad over recent decades.

Second, each instance displayed a government representative making decisions that are disproportionate to the situation at hand. In Ukraine, U.S. Assistant Secretary of State Victoria Nuland played the role of NYPD officer Daniel Pantaleo.

Third, the broader nationwide clash prompted by Nuland and Pantaleo in Ukraine and the U.S. respectively were the product of an injustice created by overzealous individuals who were never held accountable for their actions.

Fourth, the decisions by such fervent and entrepreneurial bureaucrats offer an unrepresentative view of the broader cast of government employees from the organizations they represent, namely the U.S. Department of State and municipal police departments.

Fifth, the fact that a **majority of Americans** found unfairness in the grand jury decision surrounding the death of Eric Garner, an unarmed black man, parallels the voice of most Crimean citizens in the **status referendum** of 2014.

Finally, a lack of foresight led to these officials displaying a narrow-minded disregard for the

## GP COLUMNISTS

**Alastair Newton**

**Andy Sumner**

**Ben O'Loughlin**

**Brian Stoddart**

**Centre for Public Policy at the University of Melbourne**

**Climate Change and Human Rights**

**Cornelius Adebahr**

**Danny Quah**

**David Ritter**

**Emergence Convergence and the Future of Aid**

**Expert Knowledge in Global Trade**

**Institute for Sustainability**

**Institute of Asia Pacific Studies**

**Karl Muth**

**Lessons from Intervention in the 21st Century**

**Martha Molfetas**

**Observer Research Foundation**

**Paul Collier**

**The Copenhagen Consensus Centers Post 2015 Consensus**

**The Future of Foreign Trade Support**

**The Future of the Middle East**

**Truman National Security Project and CNP**

connectedness.

repercussions of their actions. The increased nuclear tensions in the U.S.-Russia relationship which will be considered later in this article stand as a principal and perhaps the most ominous example.

A primary difference between America's actions at home and in Ukraine is the **reluctant acceptance** of protests in a domestic context while actively instigating them overseas. Mayor Bill de Blasio's calls for a **temporary halt** to protests in New York City during December stands in stark contrast to senior U.S. official Victoria Nuland, who participated in **anti-government protests** herself last December. In addition to handing out sandwiches and **inspiring revolutionaries**, she admitted that same month to spending significant U.S. government funds over the course of the past few decades on **redesigning the government** of Ukraine. Secrecy shrouds the exact amount and characteristics of these state-sponsored investments, but the impact of Nuland's tactics remains material as the current chaos envelopes Ukraine.

In line with some of the origins of today's racial tensions in the U.S., the great irony of the tactics displayed by Victoria Nuland in her work on the 2014 Ukrainian revolution is that they stand in direct contradiction to a central tenet of the American Revolution: "**All men are created equal**". By helping to draw a biased dividing line between European- and Russian-leaning segments of Ukrainian society, she established a pathway for the destruction that has since resulted including thousands of deaths in this year's ongoing conflict.

## Unintended consequences

In a **recent interview**, former U.S. Ambassador to Russia Michael McFaul was asked, "Might [Putin] do something to play what has been described as the 'nationalist card', to rally public support in his country and to distract Russians from a deteriorating economic situation?"

In keeping with his long-standing anti-Putin rhetoric such as the 2002 book on *Russia's Unfinished Revolution*, McFaul agreed: "Yes, and that's what he did earlier this spring. That jumped him up from 40% approval rating to 80% approval rating. That's what the war in Ukraine was in part about..."

Recognition has grown overseas that distraction techniques have helped to rally public support in the U.S. by redirecting attention to conflicts abroad. As a recent Chinese media **opinion piece** noted, "After examining America's staggering racial disparity, one cannot help wondering whether the US accusation of the Chinese government this time was another political tactic at itself."

McFaul continued his assessment of Putin by suggesting, "I actually think he may think about changing his government. I think that may be the surprise move you might see in the coming days or weeks." Once again, the relevance of McFaul's comments were most vividly seen in a U.S. context. On November 24, 2014, Obama announced that Secretary of Defense Chuck Hagel will be **stepping down** from office – one of the highest posts in the U.S. executive branch of government according to the **presidential line of succession**. Based on **insider accounts**, Hagel's greatest fault in the eyes of the White House may have been his willingness to question central authority figures' fixation on and continued adherence to conventional wisdom even while key regions and policies were "falling apart".

## Stuck in the past

One of the enduring mantras of the current protest movement across the U.S. which has continued **in recent days** has been, "No justice, no peace". The meaning and origins of this slogan extend back over half a century. At long last and in line with this motto, a growing recognition has begun to arise that the Cold War tactics recently reinitiated by the U.S. and its NATO allies are now having a detrimental impact on the nuclear arms control progress that has occurred since the end of that earlier confrontation in the 1990's.

Although one-sided in its analysis, a **recent article** in the *New Republic* highlights fundamental risks. While the author points out incidents in which nuclear weapons were mishandled in Russia, limited attention is given to similar problems in the United States. As a **June 2014** Review of the Department of Defense Nuclear Enterprise concluded about the Minot Air Force Base, "If... the current trend of complacency continues based on the assumption that the troops will continue to meet the mission by 'making do' with insufficient support and resources, the path can only lead to eventual mission failure—which could be sudden, and with

Case 1:17-cv-06990-LGS   Document 1-6   Filed 09/14/17   Page 22 of 23

major consequences."

Amidst an escalating record of mistrust between Russia and the U.S., these trends are particularly troubling especially in light of the **recent track record** at Minot.

**Obama's surprise move**

Related to the "surprise move" that McFaul predicted in a Russian context, one possible hope for a positive redirection of U.S. policy in the former Soviet Union is that Chuck Hagel's replacement as Secretary of Defense might create a new attention to these nuclear issues. For his first role in the Pentagon, Ashton Carter was once nominated as Assistant Secretary of Defense for Nuclear Security and Counterproliferation during the early Clinton Administration in 1993. Given his enduring focus on these critical security matters, he might offer a new perspective that helps balance the impact of short sighted rabble-rousers and their misguided bellicosity.

*Carter W. Page is Founder and Managing Partner of Global Energy Capital LLC, an Adjunct Associate Professor at New York University's Center for Global Affairs and Energy Fellow at the Center for National Policy in Washington.*



## Recommended



**Watership Down and the Gender Studies Crowd**



**Brexit Should Make it Easier to Address the Eurozone's Challenges**



**'Sustainability as Maritime Security: A Small Island Developing State Perspective?'**

No Justice, No Nuclear Peace: Weapons of Mass Destruction in an A...ecurity, Institutions, Comment & Opinion, Media, Events, Journal

9/11/17, 5:

**1 Comment**   Global Policy Journal

🔵 Login

♡ Recommend     ↪ Share

Sort by Best

 Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦

     Name

 SRS · 7 months ago
Wow--truly bizarre piece of writing.
∧   ∨ · Reply · Share ›

ALSO ON GLOBAL POLICY JOURNAL

**Dirty money, Damaged Democracy: What to Do?**
2 comments · 2 years ago
Tom Kirk — Approve

**Does capitalism cause poverty?**
1 comment · 2 years ago
Michael Julien — Underneath Hausmann's perspectives is a shocking and contrarian issue: …

**China's Collapse. Any Day Now**
1 comment · a year ago
Mark — Ummm infinite growth with finite resources and 7 Billion people. Me thinks there …

**The Anatomy of US Military Policy: An Interview With …**
1 comment · 9 months ago
Aaron Zappaz — War that is not the extension of a rational grand strategy must be rife with …

✉ Subscribe   ⊕ Add Disqus to your siteAdd DisqusAdd   🔒 Privacy          **DISQUS**

  

  

Home   Boards   About   Subscribe   Journal   GP Events   Themes   Comment & Opinion   Media   Contribute   Terms and Conditions and Privacy

Website by Greenbox Designs