# EXHIBIT 16

HUFFPOST

AdChoices

Brad Schreiber, Contributor
Author-journalist-screenwriter

140

# Douglas Valentine's CIA vs. Donald Trump's CIA

02/16/2017 04:18 pm ET

The firing of General Michael Flynn, Donald Trump's former national security adviser, for ties to Russian intelligence has precipitated a certain chaos in the White House and Washington that could determine whether there will be more revelations that result in firings or whether we will see unparalleled control of intelligence agencies by the so-called President of the United States.

In an effort to battle the fallout from campaign advisors Paul Manafort, Roger Stone and Carter Page having been caught by the CIA and NSA for collusion with Russian intelligence officers, Trump has announced his intention to have billionaire Stephen Feinberg, co-founder of Cerberus Capital Management, oversee a broad review of this nation's intelligence agencies. (Cerberus, appropriately, was in Greek mythology the multi-headed dog that guarded the gates of the Underworld to prevent the dead from leaving.)

Trump hopes to avoid further scrutiny regarding both his business dealings with Russia and connections to Vladimir Putin's intelligence agents, using Feinberg, who has no national

WILL TRUMP URGE HOMEOWNERS TO SWITCH TO A 15 YEAR FIXED

If you owe less than $300,000 on your home, use Obama's once in a lifetime mortgage relief program. The program is totally free and doesn't add any cost to your refi. The bad news is that it expires in 2017. You'll be shocked when you see how much you can save.

TAP YOUR AGE:

| TAP YOUR AGE: 18-25 | TAP YOUR AGE: 26-35 | TAP YOUR AGE: 36-45 |
|---|---|---|
| TAP YOUR AGE: 46-55 | TAP YOUR AGE: 56-65 | TAP YOUR AGE: OVER 65 |

Re-Calculate Your House Payment

security background. He is a crony of chief strategist Steve Bannon, formerly of Breitbart News and Jared Kushner, whose expertise is being the son-in-law of Trump. This is a crucial moment in US history, as Trump attempts to stop leaks from the intel gatherers he has frequently criticized.

One irony in the midst of what is clearly looming as a constitutional crisis is the public perception of the role of the Central Intelligence Agency. Steeped in a history of assassination, destabilization and infiltration of other governments, including working democracies, the Agency is now being counted upon by opponents of Trump's intel totalitariansism to be some kind of whistleblowing knight in shining armor.

To understand how unexpected the above scenario is, one needs to consider author Douglas Valentine's recent book *The CIA As Organized Crime: How Illegal Operations Corrupt America and the World*. In it, he has laid out not only some of the most egregious acts of the Agency but also how it now dominates branches like the Drug Enforcement Agency and State Department.

Valentine's expansive, penetrating knowledge of the Central Intelligence Agency began with his book *The Phoenix Program*, the definitive work on the CIA-directed murder of between 25-40,000 civilians during the Vietnam War, suspected of affiliation with the Viet Cong, but without any kind of legal redress. These suspects, referred to as VCI or Viet Cong infrastructure, often accused via hearsay, could only be released by bribing local Vietnamese officials. As Valentine reports, CIA officer Lucien Conein called the Phoenix Program "the greatest blackmail scheme ever invented. If you don't do what I want, you're a VC."

HUFFPOST
Subscribe to The Morning Email

AdChoices

This post is hosted on the Huffington Post's Contributor platform. Contributors control their own work and post freely to our site. If you need to flag this entry as abusive, send us an email.

TRENDING

Miss Texas Tears Into Trump In A Blistering 15-Second Takedown On Live TV

Miss North Dakota Cara Mund Is Crowned State's First-Ever Miss America

A History Of Donald Trump's Tasteless Comments About 9/11

Neil deGrasse Tyson Destroys Climate Change Deniers' Favorite Argument In 1 Tweet

10 Very Simple Steps to a Better Relationship
Sponsored by Health Central

Trump Supporters' Attempt At Stephen King Boycott Backfires Spectacularly

Talbots



Wake up to the day's most important news.
address@email.com
SUBSCRIBE

HUFFPOST
Wake up to the day's most important news.
Subscribe to The Morning Email
address@email.com
SUBSCRIBE

In addition to summarizing the Phoenix Program in his book, Valentine takes us through a horrifying history of Agency abuses in the name of democracy. From Southeast Asia, where the CIA funneled money to Laotian Hmong leader Vang Pao to fight North Vietnam, with opium as a financial benefit to the Agency, Valentine moves on to the CIA in the 80s. Here, he illuminates how the Agency "coerced law enforcement agencies into 'looking away' in regard to both cocaine smuggling by the Nicaraguan Contra terrorists and heroin trafficking by the Northern Alliance warlords fighting the Soviets in Afghanistan."

Valentine contemporizes the moral relativity of CIA operations, the lesser-of-two-evils paradigm that historically morphs into the creation of newer and more potent enemies of the US. After the CIA used an early al-Qaeda to fight in Chechnya, Bosnia, Kosovo and other locations, our support of Hamid Karzai and his trafficking in opium led to an al-Qaeda committed to American destruction. "This same scenario," Valentine writes, "has been playing out in Afghanistan for the last 15 years, largely through the DEA's Special Operations Division (SOD), whose sole purpose is to provide cover for CIA operations worldwide."

And connecting the CIA's geopolitical relativism to even more current affairs, Valentine explores the recent failed support of the rebels in Bashar al-Assad's Syria. Valentine emphasizes that "Iran publicly backs Assad, as does Russia, and that Iran seeks to help Assad defeat the rebels, many of whom are foreign mercenaries trained and financed by the CIA, Israel, Jordan, Turkey and Saudi Arabia." Never have CIA loyalties been more

confused and counterintuitive, Valentine asserts, than in a world where factions of our sworn enemies al-Qaeda and ISIS aid us in our failed attempt to depose Assad.

Now, FBI and Congressional investigations probe Trump's connections to Russia, which must include the previous oil and gas business dealings of Secretary of State Rex Tillerson. Yet there is serious doubt about how deeply they will dig. The FBI's James Comey was willing to sit on evidence about Michael Flynn presented by then acting Attorney General Sally Yates. The Republican controlled Congress and current Attorney General Jeff Sessions, who worked on the Trump campaign, have no commitment to actual revelations that would embarrass their own party, even if those facts revealed treasonous actions.

Thus, the CIA of old, who Douglas Valentine rightfully excoriates for its illegalities in the name of American national interests, has an unexpected and rare opportunity to remake its own image at this point in history. Whether it is done in the name of preserving CIA independence from Trump and people like Stephen Feinberg or in the name of preserving democracy, it seems the CIA, NSA and our intelligence partners around the world are now the only source of enlightenment about Trump's true relationship to Putin's Russia.

**You May Like**

Sponsored Links by Taboola

**Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable**

Vogue | Everlane

**Bob Barker's Net Worth Has Left Fans Questioning Everything**

YaelNews

**See Inside The Luxurious Senior Living Apartments Funded By Betty White.**

Luxurious Senior Apartments | Search Links

**Man Knocks Down a Wall at Home and Discovers a Hidden Part of History**
IcePop

**What Tiger Woods' Ex-Wife Looks Like Now Left Us With No Words**
Hyperactivz

**20 Famous Single Women Who Never Married**
Womens Forum

## MOST SHARED



There Were A Lot Of Vulvas Showing At Namilia's New York Fashion Week Show



J.K. Rowling And Patton Oswalt Hit Back At Kickboxer's Depression Claim



Melissa McCarthy Wins An Emmy For 'SNL' Hosting, Spicey Skits



These Stars Are THIS Close To A Wardrobe Malfunction
Sponsored by TV Guide



Steve Bannon Says Trump Firing Comey May Be Biggest Mistake In Modern Politics

## WHAT'S HOT



Trump Voter Fraud Panel Agenda Paints Picture Of Election System Rife With Fraud



The Most Revealing Red-Carpet Photos Ever
Sponsored by TV Guide



Twitter Roasts Los Angeles Rams' Awful Attendance In NFL Opener



Alexis Bledel Has An Emmy Now







**Report: 8 Shot Dead At Dallas Cowboys Watch Party In Plano, Texas**

**Emma Thompson Still Regrets Turning Down That Date With Donald Trump**

**10 Best Practices for Men's Sexual Health**

Sponsored by HealthCentral

**Beached Manatees Rescued From Low Tide In Wake of Hurricane Irma**

HUFFPOST

ABOUT US
ADVERTISE
About Our Ads
Contact Us
RSS
FAQ
Careers
Archive
User Agreement
Privacy Policy
Comment Policy

HuffPost
An Oath brand

©2017 Oath Inc. All rights reserved. Part of HuffPost • HPMG News

# EXHIBIT 17

**HUFFPOST**

PLANNED PARENTHOOD NEEDS YOU.
This is the fight of our lives.

DONATE TODAY
AdChoices

**Michael Winship, Contributor**
Senior writer, BillMoyers.com. Former senior writing fellow, Demos. President, Writers Guild of America, East.

# "There's a Smell of Treason in the Air"

03/21/2017 03:50 pm ET

Monday's hearing of the House Intelligence Committee was proof positive of the absolute need for both a special prosecutor *and* an independent, bipartisan commission with subpoena power to conduct a full investigation of the Trump campaign's connections with Russian intelligence — as well as Russia's multipronged attack on our elections and Trump's business connections with that country's oligarchs.

And it's proof more than ever that even if we get that prosecutor and inquiry, a free and independent press may be the only real way to ever get to the bottom of what ranking committee member Adam Schiff said may represent "one of the most shocking betrayals of our democracy in history."

Just as FBI Director James Comey officially revealed for the very first time (finally!) that indeed since late July the FBI has been investigating whether members of Trump's campaign colluded with Russia's interference with our elections, Republicans, led by committee chair and Trump enabler Devin Nunes did their best to blow smoke aimed at deflecting attention from what Trump and his team may or not have done. Instead, they asked question after question about the illegality of leaks of confidential material to the media — in particular,

WILL TRUMP URGE HOMEOWNERS TO SWITCH TO A 15 YEAR FIXED

If you owe less than $300,000 on your home, use Obama's once in a lifetime mortgage relief program. The program is totally free and doesn't add any cost to your refi. The bad news is that it expires in 2017. You'll be shocked when you see how much you can save.

TAP YOUR AGE:

| TAP YOUR AGE 18-25 | TAP YOUR AGE 26-35 | TAP YOUR AGE 36-45 |
|---|---|---|
| TAP YOUR AGE 46-55 | TAP YOUR AGE 56-65 | TAP YOUR AGE OVER 65 |

Re-Calculate Your House Payment

AdChoices

leaks about former Trump national security adviser Mike Flynn's contacts with Russia.

(Note that there was agreement that leaks are illegal but no one mentioned that it's the media's complete and constitutionally guaranteed right to report on them. Nor was anyone asked how many times GOP members of the committee have done their own leaking.)

Trump did what he could to distract as well, firing a volley of five heated early-morning tweets just before testimony began, reiterating claims that disgruntled Democrats manufactured charges about Russia's involvement in the election and contact with Trump aides. There were more during the hearing itself — from Trump or someone at the White House tweeting in his name — twisting the day's testimony by Comey and National Security Agency chief Mike Rogers. Bizarrely, the two men then were placed in the position of having to rebut Trump's allegations while they still were in the witness seats, correcting and putting the president in his place — virtually in real time.

Not only did Comey verify that the FBI was actively investigating Trump and his associates, he also flatly denied on behalf of his agency and the Justice Department that prior to January's inauguration now-former President Obama had ordered eavesdropping on Trump Tower. Under normal circumstances this would seem to neutralize yet another of Trump's wacky tweet storms, this one from two weeks ago, but as we've learned so well, the truth has never been a barrier to the social media madness of King Donald I.

And yet, as presidential historian Douglas Brinkley told *The Washington Post*, "There's a smell of treason in the air. Imagine if J. Edgar Hoover or any other FBI director would have testified against a sitting president? It would have been a mindboggling event."

But here we are, adrift in a Cloud Cuckoo Land of prevarication

This post is hosted on the Huffington Post's Contributor platform. Contributors control their own work and post freely to our site. If you need to flag this entry as abusive, send us an email.

TRENDING

Miss Texas Tears Into Trump In A Blistering 15-Second Takedown On Live TV

Miss North Dakota Cara Mund Is Crowned State's First-Ever Miss America

A History Of Donald Trump's Tasteless Comments About 9/11

Neil deGrasse Tyson Destroys Climate Change Deniers' Favorite Argument In 1 Tweet

20 Things You Should Never, Ever Google
Sponsored by CNET

Trump Supporters' Attempt At Stephen King Boycott Backfires Spectacularly

Talbots

Talbots® Official Site

and incompetence in which little seems capable of boggling or driving our minds agog these days and where the truth shall not set you free but subject you to ridicule from the rabid trolls of the right.




And still there is hope. Even though neither Comey nor Rogers would reveal much of what they are discovering — continually citing the confidentiality they said was necessary to an ongoing investigation — the questions asked, despite the "no comment" answers, suggested ongoing areas of inquiry not only for investigating committees but also for the press.

For it is the free and independent media that continue to provide our clearest window into the extent of the investigation and the possible interface among the Trump campaign, Russia and the right. Late Monday, for example, McClatchy News reported:

"Federal investigators are examining whether far-right news sites played any role last year in a Russian cyber operation that dramatically widened the reach of news stories — some fictional — that favored Donald Trump's presidential bid, two people familiar with the inquiry say.

"Operatives for Russia appear to have strategically timed the computer commands, known as 'bots,' to blitz social media with links to the pro-Trump stories at times when the billionaire businessman was on the defensive in his race against

Democrat Hillary Clinton, these sources said."

McClatchy reports that most of the stories were linked from social media posts and many of them connected to stories at *Breitbart* and Alex Jones' InfoWars, as well as *Russia Today* and *Sputnik News*:

"Investigators examining the bot attacks are exploring whether the far-right news operations took any actions to assist Russia's operatives. Their participation, however, wasn't necessary for the bots to amplify their news through Twitter and Facebook."

The spin machines are twirling at cyclonic speeds as the White House and the Republican Party counterattack or try to act as if none of this is happening. Like the refugee couple in *Casablanca*, they pretend to hear very little and understand even less. At the end of Monday's testimony, intelligence committee chair Nunes actually told David Corn of Mother Jones that he had never heard of Roger Stone or Carter Page, two of the Trump/Russia story's most prominent and tawdry players. Ingenuous or ignorant? You be the judge.

"Is it possible that all of these events and reports are completely unrelated and nothing more than an entirely unhappy coincidence?" Adam Schiff asked at Monday's hearing.

"Yes, it is possible. But it is also possible, maybe more than possible, that they are not coincidental, not disconnected and not unrelated, and that the Russians use the same techniques to corrupt US persons that they employed in Europe and elsewhere. We simply don't know. Not yet. And we owe it to the country to find out."

During Schiff's questioning on Monday, Comey seemed to nod toward agreeing that Russia's hacking of the Democratic National Committee was not unlike the 1972 physical break-in at the DNC. You know, the one that precipitated the revelations, resignations and prison convictions of Watergate. Drip, drip,

drip..

## You May Like

Sponsored Links by Taboola

**Tiger Woods' Private Jet Is Far From You'd Expect**

Refinance Gold

**These Are The Treggings For Every Body**

WhoWhatWear | American Giant

**Bob Barker's Net Worth Has Left Fans Questioning Everything**

YourNews

**More Mar-a-Lago customers dump Trump**

CNN Money

**What Tiger Woods' Ex -Wife Looks Like Now Left Us With No Words**

EternalLifeStyle

**Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable**

Vogue | Everlane

## MOST SHARED

**There Were A Lot Of Vulvas Showing At Namilia's New York Fashion Week Show**

**J.K. Rowling And Patton Oswalt Hit Back At Kickboxer's Depression Claim**

**Melissa McCarthy Wins An Emmy For 'SNL' Hosting, Spicey Skits**

**Ten Ways to Make Your Relationship the Best It Has Ever Been**

Sponsored by Health Central

**Steve Bannon Says Trump Firing Comey May Be Biggest Mistake In Modern Politics**

"There's a Smell of Treason in the Air" | HuffPost Case 1:17-cv-06990-LGS Document 1-8 Filed 09/14/17 Page 14 of 20 9/11/17, 1:01 PM

## WHAT'S HOT

Trump Voter Fraud Panel Agenda Paints Picture Of Election System Rife With Fraud

10 Relationship Enhancers You Can Start Doing Right Now
Sponsored by Health Central

Twitter Roasts Los Angeles Rams' Awful Attendance In NFL Opener

Alexis Bledel Has An Emmy Now

Report: 8 Shot Dead At Dallas Cowboys Watch Party In Plano, Texas

Emma Thompson Still Regrets Turning Down That Date With Donald Trump

Hubble is Revolutionizing the Eyecare Industry
Sponsored by Insider Envy

Beached Manatees Rescued From Low Tide In Wake of Hurricane Irma

HUFFPOST

ABOUT US
ADVERTISE
About Our Ads
Contact Us
RSS
FAQ
Careers
Archive
User Agreement
Privacy Policy
Comment Policy

HuffPost
An Oath brand

©2017 Oath Inc. All rights reserved. Part of HuffPost • HPMG News

http://www.huffingtonpost.com/entry/theres-a-smell-of-treason-in-the-air_us_58d1837ee4b0537abd957598 Page 6 of 6

# EXHIBIT 18

HUFFPOST







US EDITION



AdChoices



Jennifer Sabin, Contributor
Writer, political pundit, and former ABC News journalist

# All The President's Traitors

03/23/2017 04:16 pm ET | Updated Mar 24, 2017

I was nine years old in the summer of 1974, when President Richard Nixon resigned. My 20-year-old sister made me watch, recognizing the historic nature of that extraordinary moment. I don't remember much, except the multi-colored shag carpeting and the small TV on a metal stand in the corner of our family room, projecting Nixon's defeated face to an exhausted country. But I had a flashback to that moment Monday, watching Congressman Adam Schiff's eloquent, measured and damning recitation of the events as we know them thus far, connecting the Trump campaign to the Russians during the House Intelligence Committee hearings. I was glued to the television, a much bigger version than the one of my childhood.



The comparisons to Watergate are inevitable, but this is much bigger too. It's almost impossible to stay abreast of the scandals swirling around President Trump and his campaign minions, to keep track of the Russian contacts, Russian money and Russian secrets because they are coming at us with the unrelenting and unnerving speed of semi-automatic rifle fire.




AdChoices

TRENDING


Miss Texas Tears Into Trump In A Blistering 15-Second Takedown On Live TV


Miss North Dakota Cara Mund Is Crowned State's First-Ever Miss America


A History Of Donald Trump's Tasteless Comments About 9/11


Neil deGrasse Tyson Destroys Climate Change Deniers' Favorite Argument In 1 Tweet


10 Signs of a Depression Relapse
Sponsored by Health Central


Trump Supporters' Attempt At

And just when you think you've got a handle on it all, out pops another villain, House Intel Chairman, Devin Nunes, proving that Americans cannot trust the Republicans to run an investigation. In an obvious attempt to come to the president's aid like some knight in shining armor, Nunes inappropriately, maybe illegally, revealed that Trump communications may have been inadvertently picked up by surveillance of foreign agents. He not only offered that up to the media — he also ran to President Trump to deliver the news, sidestepping Schiff and the committee they both oversee. Thursday's apology to that committee was too little too late.

Nunes should be removed from his position on the committee, and the investigation must be conducted by an independent commission, as Senator John McCain called for Wednesday. He told MSNBC's Greta Van Susteren, "no longer does the Congress have credibility to handle this alone." That's one Republican willing to put country, and truth, above party and lies. But there aren't many others.

I don't trust the Republicans to thoroughly investigate Trump's questionable financial dealings with Russian oligarchs, or the lying Carter Page's trips to Russia, or slimy Paul Manafort's ten-million-dollar contract to promote Putin, or Mike Flynn's sordid foreign agent past, or the countless phone calls, and secret meetings, or Rudy Giuliani. Remember during the campaign when the former NYC mayor hinted to Fox with glee that an October surprise was in the works? And then there's Roger Stone, who tweeted on August 21st, "Trust me, it will be the (sic) Podesta's time in the barrel. #CrookedHillary." Roger Stone is one of the last guys in any room that Americans should trust.

We can't trust the Republicans to do the right thing or reveal the truth, and of course we can't trust the President of the United States – about anything. He has given us no reason to believe him, and every reason to question his statements and tweets. I don't trust his spokespeople, Sean Spicer, Kellyanne Conway and Sarah Huckabee Sanders, all of whom have knowingly lied on the job. I don't trust Stephen Miller or Steve Bannon, or even Reince Priebus, who quietly aid and abet the liar-in-chief.

I don't know whether to trust the FBI either. After what Director Comey did to Hillary Clinton during the campaign, even as it turns out the FBI was investigating the Trump campaign as early as July, how can we be sure about his motives, his thoroughness, his honesty? Will he reveal all? Will the investigations dig as deeply as they must? Will a

Stephen King Boycott Backfires Spectacularly

SPONSORED BY HEALTH CENTRAL

10 Very Simple Steps to a Better Relationship

2017 Deep Throat emerge from the bureau? Will someone interview the former British spy, Christopher Steele, who prepared that infamous dossier?

I was feeling doubtful about the Democrats too, but along came Rep Schiff. In the California congressman, we have a former prosecutor, a man who appears to be intelligent, diligent, determined, fair and so far, honest. He even told Rachel Maddow that he would be willing to go to England to meet with Steele. The man refrains from hyperbole — he is thorough and credible. And that's just what this country needs right now. I am confident that Schiff plus the many incredible reporters on this story, and hopefully the intelligence community, will eventually uncover the whole truth.

The Russia connections run wide and deep, and I do not believe it possible that there are any coincidences at play here. Even Rep. Schiff said in Monday's hearing it was difficult to believe that all of these contacts and relationships are just coincidences. This administration is and has been in bed with Vladimir Putin, and it may be a slow trickle that takes months to unravel, but it will unravel.

Clearly, there are traitors in our midst. But they have all made mistakes, and one by one, they are going to get tripped up by them, and fall like a real-life house of cards.

Eventually the only question will be, just what are our elected officials going to do about it all? Will they follow the lead of Senator McCain and put country above party? An independent commission would be an excellent start. And when all is said and done, a TV resignation could be the inevitable conclusion.

*Do you have information you want to share with HuffPost? Here's how.*

ALSO ON HUFFPOST

MORE:

Donald Trump
U.S. News
Republican Politics
U.S. Congressional Elections


Richard Nixon

## You May Like

Sponsored Links by Taboola

**Tiger Woods' Private Jet Is Far From You'd Expect**

Reference Gold

**These Are The Treggings For Every Body**

WhoWhatWear | American Giant

**Bob Barker's Net Worth Has Left Fans Questioning Everything**

**More Mar-a-Lago customers dump Trump**

CNN Money

**What Tiger Woods' Ex -Wife Looks Like Now Left Us With No Words**

**Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable**

Vogue | Everlane

## Around The Web

Powered By ZergNet

Inside the Air Force One Ride Where Trump Shook Up His Staff

Nypost.com

Saudi King Blew $100M on Most Expensive Vacation Ever

Nypost.com

'Potential' Physical Evidence Uncovered in D.B.

Nypost.com

## MOST SHARED

**There Were A Lot Of Vulvas Showing At Namilia's New York Fashion Week Show**

**J.K. Rowling And Patton Oswalt Hit Back At Kickboxer's Depression Claim**

**Melissa McCarthy Wins An Emmy For 'SNL' Hosting, Spicey Skits**

**The Most Revealing Red-Carpet Photos Ever**

Sponsored by TV Guide

**Steve Bannon Says Trump Firing Comey May Be Biggest Mistake In Modern Politics**

Fashion Week Show Claim

Politics

## WHAT'S HOT

Trump Voter Fraud Panel Agenda Paints Picture Of Election System Rife With Fraud

These Are The Deadliest Animals On Earth
Sponsored by CNET

Twitter Roasts Los Angeles Rams' Awful Attendance In NFL Opener

Alexis Bledel Has An Emmy Now

Report: 8 Shot Dead At Dallas Cowboys Watch Party In Plano, Texas

Emma Thompson Still Regrets Turning Down That Date With Donald Trump

10 Best Practices for Men's Sexual Health
Sponsored by HealthCentral

Beached Manatees Rescued From Low Tide In Wake of Hurricane Irma

HUFFPOST

ABOUT US
ADVERTISE
About Our Ads
Contact Us

RSS
FAQ
Careers
Archive

User Agreement
Privacy Policy
Comment Policy

HuffPost
An Oath brand

©2017 Oath Inc. All rights reserved. Part of HuffPost • HPMG News