# EXHIBIT 19




 **Richard North Patterson, Contributor**
Novelist and contributing opinion writer

# Was Trump Putin's Fool Or His Partner In Crime?

03/23/2017 01:39 pm ET | Updated Mar 24, 2017







The FBI is investigating whether an American president colluded with Russia to win the 2016 election.

Seventeen American intelligence agencies confirm that Russia hacked the Democratic National Committee and Hillary Clinton's campaign chair to accomplish that. The remaining — and historically remarkable — question is whether the web of contacts between Donald Trump's operatives and Russian officials means that they criminally conspired to attack American democracy.

As yet unexplained are numerous contacts between Trump officials and Russian

**TRENDING**

Miss Texas Tears Into Trump In

intelligence, some taking place in Europe and detected by the British and Dutch. Those we know about are disturbing.

Trump's former national security adviser, Michael Flynn, took money from entities affiliated with the Kremlin. He spoke with Russian Ambassador Sergey Kislyak numerous times during the campaign. After the election, they had several conversations concerning sanctions, about which Flynn lied, both in public and, privately, to Mike Pence. Trump knew about these lies for weeks before media reports compelled him to sever ties with Flynn.

Jeff Sessions met twice with Kislyak, then denied such meetings during his confirmation hearing, a lapse requiring the attorney general's recusal from the current investigation. Trump foreign policy adviser Carter Page met with the omnipresent envoy at the GOP convention, just before Trump operatives stripped the party platform of a pledge to aid Ukraine against Russian aggression.

Then there's Roger Stone, a longtime Trump adviser of dubious reputation. Stone acknowledges contacts with Julian Assange, Russia's intermediary in leaking e-mails, and with the online persona Guccifer 2.0, likely a front for Russian intelligence. More curious yet, after the Russians leaked DNC e-mails through WikiLeaks, Stone tweeted that "it will soon be [Clinton campaign chair John] Podesta's time in the barrel." Shortly thereafter, WikiLeaks released Podesta's e-mails.

Paul Manafort, for five months Trump's campaign chair, stands accused of laundering millions of dollars received from the pro-Russian former president of Ukraine. Recent reporting reveals that, as early as 2006, Manafort was engaged by a Russian billionaire to advance Vladimir Putin's political strategy in Eastern Europe and, potentially, across Europe and the United States.

Clearly, Trump's real estate enterprise depends on Russian money — a fact acknowledged in 2008 by Donald Trump Jr. — though the extent of this reliance is unclear. There are unexplained communications between a Trump computer server and a bank connected to Putin. And Trump still withholds tax returns, which could illuminate his financial connections to Russia.

All this demands a serious investigation by the FBI — and Congress — and there is likely more to discover. Already, these threads mirror Russian efforts to undermine European governments. Perhaps Trump and his campaign knew nothing about Russia's plans to help elect him. But his frenzied efforts to squelch inquiry make Richard Nixon look like a model of transparency — and sanity.


A Blistering 15-Second Takedown On Live TV


Miss North Dakota Cara Mun Is Crowned State's First-Ever Miss America


A History Of Donald Trump's Tasteless Comments About 9/11


Neil deGrasse Tyson Destroys Climate Change Deniers' Favorite Argument In 1 Tweet


Warning Signs You May Need Help with Depression
Sponsored by Health Central


Trump Supporters' Attempt At Stephen King Boycott Backfires Spectacularly

PRESENTED BY THE ART OF SHAVING AND KINGSMAN: THE GOLDEN CIRCLE


6 New Bourbon-Themed Items That Will Inspire Your Senses


HUFFPOST
How will Trump's administration impact you?
Subscribe to the Politics email
address@email.com
SUBSCRIBE


HUFFPOST
Subscribe to the Politics email
How will Trump's administration impact you?
address@email.com   SUBSCRIBE



Trump's lies grow more grotesque. His claim that Barack Obama wiretapped him also slanders the FBI. But long before that, he claimed that no one in his campaign had spoken to the Russians; more recently, he lied contemporaneously about testimony by James Comey.

In his hysteria, Trump makes liars of his lackeys, who torture truth to excuse his falsehoods. Sean Spicer rationalized Trump's slur about Obama until words lost all meaning. He falsely claimed that British intelligence helped Obama wiretap Trump. He said former campaign director Manafort "played a very limited role." He called Flynn – a principal adviser who traveled with Trump throughout the campaign, who spoke at the GOP convention, and who became Trump's national security adviser – "a volunteer." For Spicer, all that remains is ritual harikari.

Trump reinforces mendacity with threats and distractions. He threatens to hunt down the "lowlife leakers" who revealed the FBI investigation — "fake news" that Comey revealed to be true. He threatened to deputize a friend to review US intelligence agencies. He tried to compel those agencies to support his lie about Obama.

Which raises a logical question: If you try to concoct evidence of a lie, have you destroyed evidence of the truth? And another: Do congressional Republicans want to know the truth?

With the exception of Senators John McCain and Lindsey Graham, it seems not. Take Devin Nunes, chairman of the House Intelligence Committee. He minimizes contacts between Russia and Trump's campaign, claiming there is no evidence of collusion and, therefore, no need for the investigation that could uncover it. Instead, he focuses on punishing those who revealed the contacts.

On Wednesday Nunes visited the White House, without informing his committee, to defend Trump by saying that legal surveillance of Russians captured conversations with Trump's campaign. His purpose? To justify Trump's lies about Obama. In the process he confirmed the contacts, and provoked Adam Schiff, the committee's ranking Democratic member, to counter that the evidence of collusion was now "more than circumstantial."

Americans must know whether Trump is merely Putin's useful fool or his partner in betraying our democracy. To avoid the truth would be a betrayal all its own.

*Richard North Patterson's column appears regularly in the Boston Globe. His latest book is "Fever Swamp." Follow him on Twitter @RicPatterson.*

*Do you have information you want to share with HuffPost? Here's how.*

ALSO ON HUFFPOST

9/11/17, 1:03



MORE:

( Donald Trump )   ( U.S. News )   ( 2016 Election )   ( International News )   ( Republican Politics )

### You May Like

**Bob Barker's Net Worth Has Left Fans Questioning Everything**
YourNews

Sponsored Links by Taboola ▷

**The Sweatshirt Designed by an Apple Engineer That's Bringing Manufacturing Back to America**
Business Insider | American Giant

**Tiger Woods' Private Jet Is Far From You'd Expect**
Refinance Gold

**Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable**
Vogue | Everlane

**More Mar-a-Lago customers dump Trump**
CNN Money

**Man Knocks Down a Wall at Home and Discovers a Hidden Part of History**
IcePop

## Around The Web

Powered By ZergNet

9/11/17, 1:0


Steve Bannon's Surprising Comments on the Catholic Church
Nypost.com


North Korea's Capital Is a Ghost Town Amid Nuclear Testing
Nypost.com


Here's What Happens When Anti-Trump Comics Cross the Line
Hollywoodreporter.com

## MOST SHARED


There Were A Lot Of Vulvas Showing At Namilia's New York Fashion Week Show


J.K. Rowling And Patton Oswalt Hit Back At Kickboxer's Depression Claim


Melissa McCarthy Wins An Emmy For 'SNL' Hosting, Spicey Skits


Why I Switched From Monthlies to Dailies...And How I Saved Money Doing It
Sponsored by Insider Envy


Steve Bannon Says Trump Firing Comey May Be Biggest Mistake In Modern Politics

## WHAT'S HOT


Trump Voter Fraud Panel Agenda Paints Picture Of Election System Rife With Fraud


10 Very Simple Steps to a Better Relationship
Sponsored by Health Central


Twitter Roasts Los Angeles Rams' Awful Attendance In NFL Opener


Alexis Bledel Has An Emmy Now


Report: 8 Shot Dead At Dallas Cowboys Watch Party In Plano, Texas


Emma Thompson Still Regrets Turning Down That Date With Donald Trump


These Are The Deadliest Animals On Earth
Sponsored by CNET


Beached Manatees Rescued From Low Tide In Wake of Hurricane Irma

**HUFFPOST**

ADVERTISE

About Our Ads

Contact Us

FAQ

Careers

Archive

Privacy Policy

Comment Policy

HuffPost
An Oath brand

©2017 Oath Inc. All rights reserved. Part of HuffPost • HPMG News

EXHIBIT 19 (a)

From:  **Delta Air Lines**  DeltaAirLines@e.delta.com
Subject:  It's Time To Check-In
Date:  July 17, 2016 at 11:39 AM
To:  page5193@yahoo.com





## Hello, CARTER W PAGE

SkyMiles #                          >

**Delta Confirmation #:** ▮▮▮▮▮▮▮▮                **CHECK IN ONLINE >**

Your flight on Monday, July 18 is available for check-in.

Save time and check in online whether you are traveling with or without baggage. Plus, there's still time to purchase a Delta Comfort+™ seat that features three to four more inches of extra legroom and priority boarding. Check in now and see if a Delta Comfort+™ seat is available on your flight.

### Trip One

| Monday, July 18 | DEPART | ARRIVE | SEATS |
|---|---|---|---|
| Delta 5353 *Operated by ExpressJet DBA Delta Connection* | La Guardia, New York 11:36 am | Cleveland, Ohio 1:36 pm | Seat 4B |

### Trip Two

| Friday, July 22 | DEPART | ARRIVE | SEATS |
|---|---|---|---|
| Delta 1956 | Cleveland, Ohio 9:00 am | La Guardia, New York 10:36 am | Seat 12C |

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin.** Further information and specific guidelines regarding restricted items can be found here.

### KNOW BEFORE YOU GO

Due to increased TSA wait times, please arrive at the airport 2 hours before your scheduled departure time for all domestic flights and 3 hours before all international flights.

Check out the weather in Cleveland, Ohio.

Thank you for choosing Delta, we look forward to seeing you onboard soon!

**NEED MORE MILES? ›**

Buy and transfer miles on delta.com.



**GIVE THE DELTA GIFT CARD. ›**

Let travelers in your life choose from 325+ destinations and limitless adventures. Get it now.



## THE PLOT THICKENS.
## ALL ENTERTAINMENT IS NOW FREE.

Terms and conditions apply.        NOW PLAYING ›

**Email Subscription**

You are currently subscribed to receive Delta Messenger Notifications via email at page5193@yahoo.com. If you would like to take advantage of other Delta email programs featuring special fares, promotions and information, please visit delta.com/emailprograms.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd., P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2016 Delta Air Lines, Inc. All rights reserved.

# EXHIBIT 20

9/11/17, 1:0

     

In-depth stats, news, videos and more.    HOOPS LOYAL    NBA & NCAAB

AdChoices

 **Peter Lance, Contributor**
Peter Lance is a five-time Emmy winning former correspondent for ABC News now writing books for HarperCollins website www.peterlance.com www.investigatingtrump.com

# Why Is A Dairy Farmer With No Intel Experience The House Intelligence Committee Chairman?

03/27/2017 07:05 pm ET | Updated Mar 27, 2017



*First posted on Investigatingtrump.com*

It was one bizarre week for Rep. Devin Nunes, Chair of the only committee in the U.S. House investigating the possibility that Russia handed the 2016 election to Donald Trump. On Monday he gaveled open a hearing in which most of his GOP colleagues seemed more concerned with plugging leaks to the press than chasing down leads that Trump campaign and transition officials may have colluded with the Kremlin.

But he got one thing right: he provided a forum for FBI Director James Comey to underline confirm that there was "no information" to back up President Trump's allegations he was wiretapped by Barack Obama and that the Bureau was, in fact, investigating possible Kremlin contacts with various Trump associates at the time Putin's apparatchik's were busy hacking the election.



HANG OUT

AdChoices

**TRENDING**

 Miss Texas Tears Into Trump In A Blistering 15-Second Takedown On Live TV

 Miss North Dakota Cara Mund Is Crowned State's First-Ever Miss America

 A History Of Donald Trump's Tasteless Comments About 9/11

 Neil deGrasse Tyson Destroys Climate Change Deniers' Favorite Argument In 1 Tweet

 These Shows Push The Envelope On Nudity




Sponsored by TV Guide


Trump Supporters' Attempt
Stephen King Boycott
Backfires Spectacularly

Talbots

Talbots® Official Site

Still, at the very infancy of the House probe, Chairman Nunes had already <u>concluded</u> that, "We don't have any evidence ...Trump administration or White House Officials coordinated with the Russian intelligence services."

That was a slightly more circumspect declaration than the one he made a month ago when asked about Russian links to the Trump campaign and <u>he said</u>, "there's no evidence of anything there." That was February 27, the same day he announced he wouldn't subpoena the president's tax returns. And why? Because, as he put it, he wanted to avoid "witch hunts" and "McCarthyism" in using the committee to probe possible Moscow-campaign ties.

**HUFFPOST**
How will Trump's
administration impact
you?
Subscribe to the Politics email

address@email.com

SUBSCRIBE

But at Monday's hearing Mr. Nunes went even further, accusing Director Comey of putting "a big gray cloud" over the Trump presidency. "The longer this hangs out there," he warned, "the bigger the cloud is."

## THE RUSH DOWN PENNSYLVANIA AVENUE.

Two days later, breaking with all precedent for an intelligence oversight chairman, he held two press conferences that book-ended his unilateral end-run down Pennsylvania Avenue to brief Mr. Trump on what <u>he called</u> possible "incidental" coverage of the Trump transition team during a legal surveillance operation at Trump Tower.



9/11/17, 1:0:

In what seemed like a bold-faced move to provide cover for Mr. Trump, on whose transition team, he himself had served, Nunes later apologized to his committee members for blindsiding both the Democrats and his own staff, then backed down from the implication that his revelations somehow gave gravitas to Mr. Trump's March 4th Saturday morning Twitter storm.

The 45th president, under siege for his ham-handed bungling of health care "reform," was grateful for the diversion. "I very much appreciated the fact that they found what they found," he told reporters, adding that he felt "somewhat" vindicated, even though at this point none of the committee members seems to have a clue just what "they" found, other than routine incidental intel swept up 24/7 by agencies like NSA that wouldn't merit a visit to the House Commissary; much less two trips to the microphones on the same day.

**BOLTING FROM AN UBER RIDE**

Then, after leaving his committee colleagues and the press head-scratching, we got some insight into what inspired Mr. Nunes flight to the Oval Office when Tim Mak filed a piece for The Daily Beast Friday night under the cloak and dagger headline, "Devin Nunes Vanished the Night Before He Made Trump Surveillance Claims."

Citing "three committee officials and a former national security official with ties to the committee," Mak reported that Mr. Nunes "was traveling with a senior committee staffer in an Uber on Tuesday evening when he received a communication on his phone," then, after reading the message, left "the car abruptly, leaving his own staffer in the dark."

The next morning he convened the first press conference in a stairwell of the House and issued a Committee press release declaring that, "...on numerous occasions, the Intelligence Community incidentally collected information about U.S. citizens involved in the Trump transition" and that "additional names of Trump transition team members were unmasked."



Maybe he was upset because he saw his own name in the files. Whatever the chairman's motive, Adam Schiff (D-CA) the ranking member on the committee, later blasted him for what he described as "a dead of night excursion" in which Mr. Nunes apparently obtained

or reviewed "some documents."

"And it's not just that he hasn't shared them with Democrats," said Mr. Schiff, "he hasn't shared them with Republicans on the committee. All of us are essentially in the dark." Worse, said Schiff, "The chairman also shared this information with The White House before providing it to the committee, another profound irregularity, given that the matter is currently under investigation."

Then, after throwing out the rulebook for intelligence oversight protocol, Devin Nunes abruptly announced the cancellation of a public hearing that had been scheduled for Tuesday in which the former directors of CIA and National Intelligence were due to testify.

The most important person on the witness list for that session would have been former acting A.G. Sally Yates, fired after she warned that Michael Flynn, then White House National Security Advisor, could be vulnerable to Russian blackmail. Flynn (who was later dismissed) has been exposed since then as a covert foreign agent for the Turkish government and a conflicted paid surrogate of Russian interests.

## APPARENTLY CLUELESS ABOUT TWO KEY SUSPECTS

Devin Nunes' wild ride this week may have done more damage to the House investigation of Russian election tampering than Guccifer 2.0 or a cadre of Kremlin-paid hackers could have done.

But we haven't yet discussed his most jaw-dropping moment in the past six days.

That came Monday after the hearing when he responded to a question from *Mother Jones* D.C. Bureau Chief David Corn, who asked him if he'd ever heard of now infamous Russia-connected Trump associates Carter Page and Roger Stone. Both men would surely be key witnesses before any viable committee investigating alleged Trump ties to Moscow.



REPORTER: You've not heard of Carter Page or Roger Stone? LIVE MSNBC

In fact, CNN reported Friday, that Page and Stone had each volunteered to talk to investigators in a public hearing — a move some saw as a White House effort to get ahead of this spiraling scandal. But when asked by reporter Corn about the pair on Monday, Chairman Nunes shook his head, "No." He'd never heard of them.

It was the equivalent of Marcia Clarke claiming she'd never seen OJ's white Bronco chase prior to his murder trial.

## THE OBJECT OF CANDLELIGHT VIGILS

Ever ready to come before the cameras in D.C., Nunes has been MIA in his own 22nd District. Last month during the congressional recess, when other GOP committee chairmen like Jason Chaffetz of Utah faced <u>turbulent protests</u>, Mr. Nunes' constituents couldn't find him.

They were so incensed that he'd disappeared, they took to holding candlelight vigils and papering light poles with Nunes MISSING POSTERS that read "JOIN our SEARCH PARTY to make sure he is making health care and PROTECTING vulnerable communities his top priority."





How did a lawmaker, so blind to public accountability and clueless to key figures in an investigation of potential treason become the boss of one of the most important oversight committees on Capitol Hill?

There's certainly nothing in his resumé that would have qualified him for the post.

If you examine Rep. Nunes' official House bio you'll see that he has zero professional intelligence or military service experience. Prior to running for office he was a dairy farmer from Tulare, a hyper-conservative rural district in California's San Joaquin Valley 60 miles north of Bakersfield.

## A BOEHNER PROTÉGÉ

After getting a couple of aggie degrees from Cal Poly San Luis Obispo he was appointed by Bush 43 to be California's Rural Development Rep for the Department of Agriculture. He ran for Congress in 2002 and became a protégé of ousted House Speaker John Boehner who assigned him to the Intel Committee eight years later. Two terms after that Boehner elevated him to the chairmanship.

By then, Nunes had been well schooled in the art of providing shade for a political rabbi.

In 2013, demonstrating his loyalty, Nunes defended the well-tanned Speaker after he was collaterally attacked by the House Freedom Caucus — the same group of ex-Tea Party Members who scuttled Donald Trump's "repeal and replace" Obamacare initiative this past week.

Four years ago, as they threatened to shut down the government over Obamacare, Mr. Nunes described the caucus members as "lemmings with suicide vests." He then backed-up that colorful image by referencing a Brat Pack movie.



As chronicled at the time in the Washington Post:

"'You guys ever watch 16 Candles?' the congressman asked a small group of reporters. 'You guys remember Long Duk Dong at the end? That's going to be us tomorrow, waking up on the grass, crashed automobile. That's us.'"

*The Post* noted that the film ended "with the foreign exchange student passed out drunk

on a lawn after crashing his wealthy suburban Chicago host family's car."

Devin Nunes might have made it on Madison Avenue writing ad copy or penning movie reviews for Rotten Tomatoes, but again, what qualifies him to get briefed on some of the nation's most protected secrets as one of "The Gang of Eight?"

## MOVING AN INTEL HUB TO THE AZORES

Until this week's latest blowback, the congressman's principal claim to intelligence-related fame was his membership on the House Permanent Select Committee that tortuously explored Hillary Clinton's role surrounding the Benghazi Attack.

Celebrated in 2014 by right-wing talk show host Hugh Hewitt as "one of our rising young stars," Rep. Nunes confessed that he'd "been working closely with the speaker for a long time" on the Benghazi investigation "behind the scenes."

But after a partisan two-year $6.77 million probe, the committee issued an 800 page report which never directly blamed Mrs. Clinton who was secretary of State at the time of the raid.

Since then, Devin Nunes' principal intelligence obsession has been a pet project aimed at relocating The Africa and European Command centers, currently in Stuttgart, Germany to Lajes Air Base on the island of Terceira in The Azores, a volcanic archipelago in the North Atlantic 1,021 miles West of Lisbon.



Rep. Nunes is of Portuguese-Azorean ancestry and he has doggedly campaigned to put those key intel centers on the remote island in defiance of the DOD's plans to create a "fusion" facility in the U.K. Even the conservative National Review, described his pork barrel initiative, which would cost an extra $1.2 billion, as a "One-Man War On The Pentagon."

So we have to ask: apart from his talent for cattle raising, incendiary phrase making and

ethnic loyalty, how in the world did this man get "the gavel" on one of the most important and sensitive oversight committees in Washington?

Kissing up to John Boehner may have advanced his career, but after the Ohio Republican's exit, the new Speaker, Paul Ryan ratified Rep. Nunes' chairmanship.

In fact, during his second press conference Wednesday – the one outside the WH after his ex-parte meeting with POTUS – Nunes confessed that he'd *briefed* Ryan before his mad dash to the West Wing and the Wisconsin Republican later professed his "<u>full confidence</u>" in the intel chair.



**THE UNANSWERED QUESTIONS** What kind of juice does the man who drove a Mack truck though the House Russia-hacking investigation have with the Speaker? How did he come to serve on the Trump transition team and how did he go from milking cows in Tulare to a coveted chairmanship on Capitol Hill?

Those are the questions reporters should be asking as the Intelligence Committee room goes dark this week following his abrupt cancellation of a hearing that could have shed so much more light on the extraordinary <u>number of links</u> between the president, his surrogates and Vladimir Putin, the man Donald Trump <u>fawns over</u> and <u>John McCain</u> calls "a murderer" and "a thug."

In 2013 Nunes <u>wrote a blog</u> on the Benghazi attack, insisting that "the American people deserve to know exactly what happened there and why they were not told the truth."

Nunes Blog

The Benghazi Whitewash

Washington, May 10, 2013 | 0 comments



They certainly deserve no less than that now; particularly in the face of mounting evidence that Donald Trump's victory was a Russian cyber coup d'etat — the installation in the White House of what ex-KGB Lt. Colonel Putin would call a "polezniye duraki" or a "useful fool."

The question of Russian influence on the Trump victory has already been settled by the 17 U.S. intelligence agencies. What remains are the facts behind whether Trump and his team were complicit. There is no greater truth that needs to be drilled down on at this point.

Is Devin Nunes up to the job? Or, has he been compromised in some way, such that he'd risk the very credibility of his committee in his off-the-books run to the president? The NYT editorialized Friday calling him "a Lapdog in a Watchdog Role."

How did that come to pass? Was his Oval Office excursion some Steve Bannon plot to wreck the Committee's integrity and tank their investigation? Is there some kind of Kompromat on Rep. Nunes himself that's caused him to put the blinders on? Could there more to his own role on the Trump transition team that hasn't surfaced yet?

We need those answers and we need them now.

*Do you have information you want to share with HuffPost? Here's how.*

ALSO ON HUFFPOST





MORE:

( Donald Trump )   ( Republican Politics )   ( White House )   ( Trump Tower )   ( John Boehner )

## You May Like

**These Are The Treggings For Every Body**
WhoWhatWear | American Giant

Sponsored Links by Taboola

**Tiger Woods' Private Jet Is Far From You'd Expect**
Autowise Gold

**Bob Barker's Net Worth Has Left Fans Questioning Everything**
VoolNews

**Do You Come From Royal Blood? Your Last Name May Tell You.**
Ancestry

**More Mar-a-Lago customers dump Trump**
CNN Money

**What Tiger Woods' Ex -Wife Looks Like Now Left Us With No Words**
EternalLifeStyle

## Around The Web

Powered By ZergNet





**Melania Takes Off Her Heels in Texas Visit**
Nypost.com

**Nasa's Plan to Defuse Yellowstone's Super Volcano**
Nypost.com

**How Trump is Tanking the World's Opinion of America**
Nypost.com

# MOST SHARED

       



**There Were A Lot Of Vulvas Showing At Namilia's New York Fashion Week Show**



**J.K. Rowling And Patton Oswalt Hit Back At Kickboxer's Depression Claim**



**Melissa McCarthy Wins An Emmy For 'SNL' Hosting, Spicey Skits**



**10 Relationship Enhancers You Can Start Doing Right Now**
Sponsored by Megan Central



**Steve Bannon Says Trump Firing Comey May Be Biggest Mistake In Modern Politics**

## WHAT'S HOT



**Trump Voter Fraud Panel Agenda Paints Picture Of Election System Rife With Fraud**



**HARP Is Expiring: How To Get A Loan Before It's Gone**
Sponsored by Lowermybills



**Twitter Roasts Los Angeles Rams' Awful Attendance In NFL Opener**



**Alexis Bledel Has An Emmy Now**



**Report: 8 Shot Dead At Dallas Cowboys Watch Party In Plano, Texas**



**Emma Thompson Still Regrets Turning Down That Date With Donald Trump**



**10 Signs of a Depression Relapse**
Sponsored by Health Central



**Beached Manatees Rescued From Low Tide In Wake of Hurricane Irma**

**HUFFPOST**

ABOUT US

ADVERTISE

About Our Ads

Contact Us

RSS

FAQ

Careers

Archive

User Agreement

Privacy Policy

Comment Policy

© HuffPost
© An Oath brand

©2017 Oath Inc. All rights reserved. Part of HuffPost • HPMG News