# EXHIBIT 23

**HUFFPOST**     

 ChoiceHotels.com      BADDA **BOOK.** 

AdChoices ▷



**Warren Goldstein, Contributor**
Chair of the History Department, University of Hartford

# Trump's 'High Crimes' — Not Treason

0   017 05:38 pm ET | Updated May 17, 2017



Monday morning as I sat down to write this piece I asked a law professor friend for his "lawyerly" view of my using the word "treason" to describe recent actions of the president of the United States. He of course immediately referred me to the Constitution itself, Article 3, Section 3 to be exact, where treason gets its own section.

*Treason against the United States shall consist only in levying war against them, or in adhering to their enemies,*

AdChoices ▷

**TRENDING**

 Miss Texas Tears Into Trump In A Blistering 15-Second Takedown On Live TV

 Miss North Dakota Cara Mund Is Crowned State's First-Ever Miss America

 A History Of Donald Trump's Tasteless Comments About 9/11

*giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.*

Pretty high bar, right? That was no accident, as James Madison explained in *Federalist 43.*

> *But as new-fangled and artificial treasons have been the great engines by which violent factions, the natural offspring of free government, have usually wreaked their alternate malignity on each other, the [Constitutional] convention have, with great judgment, opposed a barrier to this peculiar danger, by inserting a constitutional definition of the crime, fixing the proof necessary for conviction of it, and restraining the Congress, even in punishing it, from extending the consequences of guilt beyond the person of its author.*

In other words, because accusations of treason were part of the rough and tumble of politics even then, the framers defined it precisely in the Constitution itself and made it hard to prove. In a persuasive piece for the *Washington Post* back in February, "Five Myths about Treason," Prof. Carlton Larson of UC Davis lays out just how restrictive treason law is. The fact that we're not formally at war with Russia means that even if Trump and his sleazy minions (Paul Manafort, Carter Page, Michael Flynn, and Roger Stone—what a bunch!) really did give "aid and comfort" to Vladimir Putin's efforts to weaken the United States, they haven't committed treason.

That's as far as I'd gotten when the *Washington Post* bombshell exploded all over the Internet yesterday. Did anything change?

The *New Yorker's* Andy Borowitz thought so: "Three Russian Spies Meet in Oval Office," he posted. "After approximately an


**Neil deGrasse Tyson Destroys Climate Change Deniers' Favorite Argument In 1 Tweet**


**10 Best Practices for Men's Sexual Health**
Sponsored by HealthCentral


**Trump Supporters' Attempt At Stephen King Boycott Backfires Spectacularly**


— MorningFinance | LendingTree Quotes —



**Forget Your 401k if you Own a Home (Do This)**



hour, the meeting broke up, with two of the spies leaving the Oval Office and the third remaining behind." But being a spy isn't automatically treasonous. It might be criminal (The Espionage Act), or impeachable (a high crime and misdemeanor) — but it's not treason. And despite, or perhaps because of Trump's bluster about his brain, I just don't think he's smart enough to be a spy — or a mole, working craftily in the dark for years on behalf of his secret masters. He needs affirmation, which the Sergeys, Lavrov and Kislyak, by the looks of it, were all too happy to provide. Can't you just hear them? "Oh, that's a good one, Mr. President! Tell us another!"

Now that he's connecting all of the dots for us, in plain sight, I think it's time to call him a Russian asset — who can be played by genuinely smart Russians just as easily as he is by his staff.

Consider his value as a Russian asset, one who has already 1) derided and impeded his own government's investigation into his campaign's ties to Russian intelligence; 2) changed his party's position on Russia's annexation of Crimea; 3) defended and kept the national security advisor in office for 18 days after learning that he was deeply compromised by Russian intelligence; 4) retained an Attorney General who lied to Congress about his contacts with the Russian Ambassador; 5) disclosed top-secret intelligence to the Russian Ambassador and Foreign Minister that they can almost certainly use to discover the source of the intelligence, thus putting the source at grave personal risk; and 6) likened his own intelligence community to Nazi Germany. From Putin's perspective, Trump's only mistake so far is that he's generating too much pushback. But Putin wins either way: by getting compliant policies or by turning American politics into a nonstop circus.





In his oath of office, the president promised to "faithfully execute the Office of President," and, "to the best of my ability, preserve, protect and defend the Constitution of the United States."

Instead, Trump's making a mockery of the office. Instead of defending the Constitution, he's acting on behalf of a foreign adversary, and making us less safe every day. Heads Putin wins, tails we lose. It may not be treason, but it sure looks like a "high crime" to me.

*NOTE: Just as I published this, news broke about Trump asking Comey to drop his investigation of Michael Flynn. I don't think it changes any of the above, but I have newfound sympathy for the reporters covering the White House. As soon as they publish, they run the risk of being yesterday's news.*

*Do you have information you want to share with HuffPost? Here's how.*

ALSO ON HUFFPOST



MORE:

Donald Trump   U.S. News   International News

United States   Vladimir Putin

## You May Like

Sponsored Links by Taboola ▷

### These Are The Treggings For Every Body
WhoWhatWear | American Giant

### Tiger Woods' Private Jet Is Far From You'd Expect
Refinance Gold

### Bob Barker's Net Worth Has Left Fans Questioning Everything
YnetNews

### What Tiger Woods' Ex -Wife Looks Like Now Left Us With No...
EternalLifeStyle

### More Mar-a-Lago customers dump Trump
CNN Money

### Angelina Jolie's New Go-To Travel Shoe Is Surprisingly...
Vogue | Everlane

## Around The Web

Powered By ZergNet



Trump Sides With
Democrats to Raise
Debt Ceiling
Nypost.com



Charles Schumer Blasts
Port Authority for
Stiffing 9/11 Heroes
Nypost.com



Heather Heyer's
Mother Makes
Emotional VMAs
Appearance
Billboard.com

# MOST SHARED



**There Were A Lot Of Vulvas Showing At Namilia's New York Fashion Week Show**



**J.K. Rowling And Patton Oswalt Hit Back At Kickboxer's Depression Claim**



**Melissa McCarthy Wins An Emmy For 'SNL' Hosting, Spicey Skits**

**Meet Hubble, the Start-Up Taking On the Wellness Industry**
Sponsored by Insider Envy



**Steve Bannon Says Trump Firing Comey May Be Biggest Mistake In Modern Politics**

# WHAT'S HOT



**Trump Voter Fraud Panel Agenda Paints Picture Of Election System Rife With Fraud**



**An Incredible $200 Intro Bonus On Your First $1000 Spent Using This Card**
Sponsored by NextAdvisor



**Twitter Roasts Los Angeles Rams' Awful Attendance In NFL Opener**



**Alexis Bledel Has An Emmy Now**



**Report: 8 Shot Dead At Dallas Cowboys Watch Party In Plano, Texas**



**Emma Thompson Still Regrets Turning Down That Date With Donald Trump**



**10 Best Practices for Men's Sexual Health**
Sponsored by HealthCentral



**Beached Manatees Rescued From Low Tide In Wake of Hurricane Irma**

**HUFFPOST**

ABOUT US

ADVERTISE

About Our Ads

RSS

FAQ

Careers

User Agreement

Privacy Policy

Comment Policy

Contact Us

Archive

HuffPost
An Oath brand

©2017 Oath Inc. All rights reserved. Part of HuffPost • HPMG News

# EXHIBIT 24

      



AdChoices

**POLITICS** 05/19/2017 07:16 am ET | Updated May 19, 2017

# Friday's Morning Email: The Latest In The Trump-Comey Saga

And Michael Flynn has yet to cooperate with the Senate Intelligence Committee.

By Lauren Weber



JOSHUA ROBERTS / REUTERS

## TOP STORIES



long on style

shop now

AdChoices

**TRENDING**

 **Miss Texas Tears Into Trump In A Blistering 15-Second Takedown On Live TV**

 **Miss North Dakota Cara Mund Is Crowned State's First-Ever Miss America**

 **A History Of Donald Trump's Tasteless Comments About 9/11**

 **Neil deGrasse Tyson Destroys Climate Change Deniers'**

*(And want to get The Morning Email each weekday? Sign up here.)*

Favorite Argument In 1 Tweet


10 Best Practices for Men's Sexual Health
Sponsored by HealthCentral


Trump Supporters' Attempt At Stephen King Boycott Backfires Spectacularly

— Talbots —


Talbots® Official Site


**HUFFPOST**
How will Trump's administration impact you?
Subscribe to the Politics email

address@email.com

SUBSCRIBE

**THE TRUMP-COMEY SAGA CONTINUES** President Donald Trump lashed out against the idea of a "special counsel appointment" Thursday, saying it was harmful for the country. More stories about former FBI Director James Comey's thoughts on the president broke, including reports that Trump asked Comey when the Feds would say he wasn't under investigation, as well as a detail about Comey attempting to blend into the curtains at the White House to avoid interactions with Trump. Comey is 6'8". Deputy Attorney General Rod Rosenstein told senators Thursday that he knew Trump would fire Comey before writing the infamous memo. All the while, Michael Flynn has yet to cooperate with the Senate Intelligence Committee. And many wonder why Trump continues to stand by the man despite denouncing his ties to Paul Manafort and Carter Page. [HuffPost]

**TRUMP: FORMER SEN. JOE LIEBERMAN TOP PICK FOR FBI DIRECTOR** The other three candidates include "current acting FBI Director Andrew McCabe; Frank Keating, the former governor of Oklahoma who previously served as an FBI agent and in high-level positions in the Justice Department; and Richard McFeely, who served in the FBI for 24 years before retiring as executive assistant director in 2014." [HuffPost]

**SWEDEN DROPS SEXUAL ASSAULT CHARGES AGAINST JULIAN ASSANGE** However, British police say the Wikileaks founder would still be arrested if he left the Ecuadorian embassy in London. [Reuters]

**MAN REPORTEDLY HIGH ON PCP KILLS 1, INJURES 22 BY PLOWING CAR THROUGH TIMES SQUARE** Richard Rojas was high on PCP when he mowed down a crowd in New York City before crashing his car into security barricades. [HuffPost]

**THIS VISUAL REPRESENTATION OF THE FLOOD THREAT FROM A MELTING ANTARCTICA** Doesn't bode well for the world. [NYT]

**THE 2016 LITIGATION WILL NEVER END** Former Vice President Joe Biden said, "I never thought [Clinton] was the correct candidate. I thought I was the correct candidate." [HuffPost]

**JASON CHAFFETZ RESIGNING FROM CONGRESS SHORTLY** The chairman of the House Committee on Oversight and Government Reform announced he would step down by June 30, leaving before his term concluded in 2019. He is expected to head to Fox News. [HuffPost]

**TIME IS RUNNING OUT TO COMBAT THE RISK OF FAMINE IN SOMALIA** "As

their farms dry up and their cattle die, it's impossible for people, many of whom are herders who rely on water, to escape the harsh environmental reality each day. They leave their homes, walking miles on the parched dirt in search of help." [HuffPost]

## WHAT'S BREWING

**TRUMP'S DISASTER RELIEF POLICY RAISING CONCERNS AS HURRICANE AND WILDFIRE SEASON NEARS** The Trump administration denied 99 percent of the aid North Carolina Gov. Roy Cooper asked for following Hurricane Matthew. [HuffPost]



**READ THE HUFFPOST STORY THAT INSPIRED YOUR NEWEST NETFLIX BINGE** The streaming service's "The Keepers" builds off a HuffPost investigative piece from 2015 about a group of Baltimore women trying to solve the 1969 murder of a beloved young nun. [HuffPost]

**DID YOU KNOW PLANTS CAN HEAR?** Yeah, we didn't either. [HuffPost]

**WESTMINSTER ABBEY HAS MADE A CURIOUS STATEMENT PROCLAIMING DIVORCEES COULD GET MARRIED THERE** Could this be signaling for Prince Harry and Meghan Markle? And here's your friendly reminder that Pippa Middleton is getting married tomorrow. Prepare yourself for the onslaught. [Vanity Fair]

**'HOW "MASTER OF NONE" CAPTURES THE LONELINESS OF CONSTANT CONNECTIVITY'** "The resulting collage is a plush image of modern life, its whirlwind moments and its moments of listlessness and isolation." [HuffPost]

**CAN'T MAKE IT TO CANNES?** Vote for a chance to join the conversation with our Editor in Chief Lydia Polgreen and Keith Weed, the CMO of Unilever, as they chat about "Three Things Keeping Me Up At Night." The session with the most votes will be streamed on YouTube.

## BEFORE YOU GO

- Roger Ailes is dead at 77.

- Chelsea Manning shared the first photo of herself since leaving prison.

- Chris Cornell's cause of death has been ruled a suicide.

- It's incredibly disturbing that this man broke into Amber Rose's house while she slept and just sat there for hours before leaving.

- You'll soon be able to binge (and then be terrified by) another Margaret Atwood creation.

- We wish our parents had sent us to the kindergarten where you get to play in the forest all day long.

- Of course you're going to love Harry Styles' latest "Carpool Karaoke."

- Don't worry "This Is Us" fans — William will be back for Season 2.

- We are all this dog attempting to do human exercises.

- T-Pain and Lil Wayne have collaborated for "T-Wayne." How did we not think of this earlier?

- Trump and Toby Keith are holding a men-only concert in Saudi Arabia.

- The tweets that sum up married life in a nutshell.

- Meet the workers who "sandblast Chernobyl's radioactive metal."

- Could you eat the "world's hottest pepper?"

- And have you paid attention to the news this past week? Test your knowledge with this week's HuffPost Headline Quiz.

*This article has been updated with new information about the incident in Times Square.*

*Do you have information you want to share with HuffPost? Here's how.*



**Lauren Weber** 🐦
The Morning Email Editor, HuffPost

Suggest a correction

MORE:

Donald Trump   Arts And Entertainment   Huffington Post   The Morning Email

James B. Comey

## You May Like

Sponsored Links by Taboola

**Bob Barker's Net Worth Has Left Fans Questioning Everything**

FactAhm

**The Sweatshirt Designed by an Apple Engineer That's Bringing Manufacturing Back to America**

Business Insider | American Giant

**Tiger Woods' Private Jet Is Far From You'd Expect**

Refinance Gold

**Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable**

Vogue / Everlane

**Iconic 'Pretty Woman' Scene Has One Ridiculous Flaw**

It's MyLife

**Do You Come From Royal Blood? Your Last Name May Tell You.**

Ancestry

## Around The Web

Powered By ZergNet







New York Remembers
September 11th

Nypost.com

Why 'Wonder Woman' Is Less
American Than Ever

Nypost.com

The Pic That Convinced
Trump to Keep US Troops
in Afghanistan

Nypost.com

# MOST SHARED



**There Were A Lot Of Vulvas Showing At Namilia's New York Fashion Week Show**



**J.K. Rowling And Patton Oswalt Hit Back At Kickboxer's Depression Claim**



**Melissa McCarthy Wins An Emmy For 'SNL' Hosting, Spicey Skits**



**10 Relationship Enhancers You Can Start Doing Right Now**
Sponsored by Health Central



**Steve Bannon Says Trump Firing Comey May Be Biggest Mistake In Modern Politics**

## WHAT'S HOT



**Trump Voter Fraud Panel Agenda Paints Picture Of Election System Rife With Fraud**



**Spend $1000 And Pocket $200 With This Card**
Sponsored by NextAdvisor



**Twitter Roasts Los Angeles Rams' Awful Attendance In NFL Opener**



**Alexis Bledel Has An Emmy Now**



**Report: 8 Shot Dead At Dallas Cowboys Watch Party In Plano, Texas**



**Emma Thompson Still Regrets Turning Down That Date With Donald Trump**



**Meet Hubble, the Start-Up Taking On the Wellness Industry**
Sponsored by Insider Envy



**Beached Manatees Rescued From Low Tide In Wake of Hurricane Irma**

**⦿HUFFPOST⦿**

ABOUT US
ADVERTISE
About Our Ads
Contact Us

RSS
FAQ
Careers
Archive

User Agreement
Privacy Policy
Comment Policy

© HuffPost
© An Oath brand

©2017 Oath Inc. All rights reserved. Part of HuffPost • HPMG News

# EXHIBIT 25

    





Gift Cards    A thoughtful gift for any occasion
No Monthly Fees. Funds Do Not Expire.    BUY NOW

AdChoices

**POLITICS**  05/22/2017 10:25 am ET | Updated May 22, 2017

# Michael Flynn Pleads The Fifth And Refuses To Cooperate With Senate Russia Probe

The Senate intelligence committee subpoenaed documents from President Donald Trump's former national security adviser.

 By Amanda Terkel





zulily

UP TO 70% OFF

shop now >

AdChoices

**TRENDING**

 Miss Texas Tears Into Trump In A Blistering 15-Second Takedown On Live TV

 Miss North Dakota Cara Mund Is Crowned State's First-Ever Miss America

 A History Of Donald Trump's Tasteless Comments About 9/11

 Neil deGrasse Tyson Destroys Climate Change Deniers' Favorite Argument In 1 Tweet

Former national security adviser Michael Flynn will not cooperate with a Senate intelligence committee investigation, invoking his Fifth Amendment right against self-incrimination Monday to avoid turning over documents lawmakers have subpoenaed related to his interactions with Russian officials.

Flynn resigned in February, after it was revealed that he lied about whether he had substantive contacts with the Russian ambassador before President Donald Trump took office.

In a letter to the leaders of the Senate intelligence committee posted by the Associated Press, Flynn's lawyer said that without "assurances against unfair prosecution," he would "respectfully decline your request for an interview and for

the production of documents."

"The context in which the Committee has called for General Flynn's testimonial production of documents makes clear that he has more than a reasonable apprehension that any testimony he provides could be used against him," Flynn attorney Robert Kelner wrote. "Multiple Members of Congress have demanded that he be investigated and even prosecuted. He is the target on nearly a daily basis of outrageous allegations... [that] feed the escalating public frenzy against him."

"While we recognize General Flynn's constitutional right to invoke the Fifth Amendment, we are disappointed he has chosen to disregard the Committee's subpoena request for documents relevant and necessary to our investigation," responded Sens. Richard Burr (R-N.C.) and Mark Warner (D-Va.), the chair and ranking member, respectively, of the committee. "We will vigorously pursue General Flynn's testimony and his production of any and all pertinent materials pursuant to the Committee's authorities."

Trump kept Flynn in the administration long after the White House had been alerted to his ethics issues. Before Trump's inauguration, Flynn had told the transition team that he was under federal investigation for secretly lobbying for the Turkish government during the campaign, according to The New York Times. Even with this information, Trump named him national security adviser.

During the campaign, Flynn criticized the technology specialist who set up Hillary Clinton's private email server for invoking his Fifth Amendment rights during a court case.

 **General Flynn** ✔
@GenFlynn

⬤HillaryClinton IT specialist takes 5th over 100 times.
#Trump2016 #fieldoffight #AmericaFirst
twitter.com/mgf_83/status/...
7:40 AM - Jun 23, 2016

💬 353   ↻ 435   ♡ 274

 Follow

Trump has also blasted Clinton associates for pleading the Fifth, arguing, "If you're innocent, why are you taking the Fifth Amendment?"

The Senate intelligence committee has also requested documents from former Trump adviser Carter Page, who is so far refusing to cooperate. He told Business Insider Monday that he has no plans to plead the Fifth because he's "never done anything wrong."

Trump continued to keep Flynn on the job after Sally Yates, the acting attorney

10 Best Practices for Men's Sexual Health
Sponsored by HealthCentral

Trump Supporters' Attempt At Stephen King Boycott Backfires Spectacularly

— SPONSORED BY HEALTHCENTRAL —



**10 Best Practices for Men's Sexual Health**


HUFFPOST
How will Trump's administration impact you?
Subscribe to the Politics email

address@email.com

SUBSCRIBE

general, warned the White House that he could be subject to blackmail by the Russians for hiding his contacts with the ambassador.



The president is now under fire for reports that he urged FBI Director James Comey to drop his investigation into Flynn during an Oval Office meeting in February. Trump fired Comey last week and admitted that the bureau's Russia probe was on his mind when he did so.

The House intelligence committee also announced Thursday that it has requested documents from the Justice Department and the FBI related to Comey's dismissal and any conversations between Trump and the former FBI director.

Last week, Deputy Attorney General Rod Rosenstein named former FBI Director Robert Mueller as the special counsel in charge of investigating Russia's role in the 2016 election.

According to a Congressional Research Service report, Congress has three methods by which it can deal with Flynn's non-compliance: It can detain and imprison him until he complies, refer him to the executive branch (in this case, the Department of Justice) for criminal prosecution, or seek a civil judgment from a federal court that would compel Flynn to comply.

"Congress has to enforce the subpoena," Sen. Marco Rubio (R-Fla.), a member of the intelligence committee, said Monday. "We don't have a police force here, so it would require the Justice Department and the courts to do it."

Burr declined to say last week whether he would recommend a contempt of Congress vote regarding Flynn, stating, "I'm not going to go into what we might or might not do. We've got a full basket of things we might want to test."



**Sen. James Lankford** ✔
@SenatorLankford



It is Mike Flynn's right to plead the 5th. We will get to the truth one way or another. We need facts, not speculation & anonymous sources.
12:58 PM - May 22, 2017

○ 77    ⇄ 55    ♡ 160

NBC News reported Monday afternoon that two former Trump associates, Paul Manafort and Roger Stone, turned over documents to the Senate intelligence committee.

*Laura Barron-Lopez contributed reporting.*

*This story has been updated to include official response from Flynn and the Senate intelligence committee, along with responses from other Trump associates.*

**Want more updates from Amanda Terkel? Sign up for her newsletter, Piping Hot Truth, here.**

*Do you have information you want to share with HuffPost? Here's how.*

ALSO ON HUFFPOST

*PHOTO GALLERY*

## Donald Trump Meets With Russian Officials




See Gallery

Amanda Terkel ✔
Politics Managing Editor, HuffPost

Suggest a correction

http://www.huffingtonpost.com/entry/michael-flynn-senate-intelligence_us_5922ea65e4b03b485cb33b4a

MORE:

( Donald Trump )   ( U.S. News )   ( Russia )   ( Michael T. Flynn )

( United States Senate Select Committee On Intelligence )

## You May Like

Sponsored Links by Taboola ▷

### Iconic 'Pretty Woman' Scene Has One Ridiculous Flaw
It's MyLike

### Bob Barker's Net Worth Has Left Fans Questioning Everything
TheliNews

### These Are The Treggings For Every Body
WhoWhatWear | American Giant

### Tiger Woods' Private Jet Is Far From You'd Expect
Refinance Gold

### Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable
Vogue | Everlane

### More Mar-a-Lago customers dump Trump
CNN Money

## Around The Web

Powered By ZergNet



Revealing Love Letters to Jackie Kennedy Get Unearthed
BuzzCentral.com



What Bernie Sanders Thinks About Clinton's Accusations
Boston.com



Here's Just How Much Jackie Knew About John's Affairs
WishCentral.com

## MOST SHARED



**There Were A Lot Of Vulvas Showing At Namilia's New York Fashion Week Show**



**J.K. Rowling And Patton Oswalt Hit Back At Kickboxer's Depression Claim**



**Melissa McCarthy Wins An Emmy For 'SNL' Hosting, Spicey Skits**



**10 Best Practices for Men's Sexual Health**
Sponsored by HealthCentral



**Steve Bannon Says Trump Firing Comey May Be Biggest Mistake In Modern Politics**

## WHAT'S HOT



**Trump Voter Fraud Panel Agenda Paints Picture Of Election System Rife With Fraud**



**Rihanna, Miley Cyrus and Other Stars Coming THIS Close To A Wardrobe Malfunction**
Sponsored by TV Guide



**Twitter Roasts Los Angeles Rams' Awful Attendance In NFL Opener**



**Alexis Bledel Has An Emmy Now**



**Report: 8 Shot Dead At Dallas Cowboys Watch Party In Plano, Texas**



**Emma Thompson Still Regrets Turning Down That Date With Donald Trump**



**10 Signs of a Depression Relapse**
Sponsored by Health Central



**Beached Manatees Rescued From Low Tide In Wake of Hurricane Irma**



**HUFFPOST**

ABOUT US
ADVERTISE
About Our Ads
Contact Us

RSS
FAQ
Careers
Archive

User Agreement
Privacy Policy
Comment Policy

© HuffPost
An Oath brand

©2017 Oath Inc. All rights reserved. Part of HuffPost • HPMG News