UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED  9-25-17

| | |
|---|---|
| CARTER PAGE,<br>                    Plaintiff,<br><br>-v-<br><br>OATH INC., AND BROADCASTING<br>BOARD OF GOVERNORS,<br>                    Defendants. | No.:   17-cv-6990<br><br>Hon. Lorna G. Schofield<br><br>**MOBILE DEVICE SERVICE PASS<br>REQUEST** |

1.      I, Carter Page, am submitting this application via Chambers to the United States

District Court of the Southern District of New York (SDNY) to obtain a Mobile Device Service

Pass. I declare that I am not a member of the bar of the SDNY and not a member of the bar of the

State of New York, which I understand might normally prevent me from being eligible for a

Service Pass. However, I require my mobile device for a disability covered under the prohibition

of discrimination by public accommodations (42 U.S. Code § 12182).


2.      I have previously been ridiculed by mainstream media outlets for many of the

necessary personal steps I have taken to overcome my disability.  As a result and in the interest

of limiting the continuation of potential future attacks from the Defendants and other mainstream

media outlets, I will send additional CONFIDENTIAL information related to this request to

Chambers in accordance with section 1.(B).1. of the Individual Rules and Procedures for Civil

Cases dated March 6, 2015.


3.      The adversaries in the form of legal counsel for the Defendants including,

Assistant United States Attorneys and other government lawyers may already enjoy the use of

cell phones and PDAs inside the courthouse and I respectfully submit that I should be afforded the same privileges, particularly in light of the considerations described in paragraphs 1 and 2.

4.  I have read Standing Order M 10-468 dated 02-27-14, and I understand that I am required to follow the rules contained therein. If I am found in violation of said order, my Service Pass will be revoked without recourse. I understand that it is my affirmative duty to return the Service Pass to the United States District Court, SDNY if I am directed to do so in writing by the District Court Executive.

5.  As defined in the provisions of 28 U.S.C. § 2680(h) and 28 U.S. Code § 1346(b), the offenses by the Defendants described in the facts of the complaint contributed to a misinformation campaign that supported acts or omissions of investigative or law enforcement officers of the United States Government and allegedly led to abuse of process in the U.S. Foreign Intelligence Surveillance Court.[2] I hope that the granting of this request by this Article III court might represent an initial step in reestablishing some minimal level of justice, fairness and due process in the U.S. Justice system.

The Plaintiff,
By: /s/ Carter Page
Carter Page
c/o Global Energy Capital LLC
590 Madison Ave., 21st floor
New York, NY 10022
Phone (212) 537-9261
Fax    (212) 537-9281
cpage@globalenergycap.com

---

[2]  https://www.washingtonpost.com/world/national-security/fbi-obtained-fisa-warrant-to-monitor-former-trump-adviser-carter-page/2017/04/11/620192ea-1e0e-11e7-ad74-3a742a6e93a7_story.html

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

———————————————————————————x

The following Order is subject to the definitions, obligations and restrictions imposed

pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this

Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic

Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below

into the Courthouse for use in a proceeding or trial in the action

captioned CARTER PAGE - v - OATH INC., AND BROADCASTING BOARD OF GOVERNORS , No. 17-CV-6990. The

date(s) for which such authorization is provided is (are) _____.

| Attorney Pro Se | Device(s) |
|---|---|
| 1. Carter Page | iPhone |
| 2. | |

6

| 3. | |
|----|--|
| | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014