UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x
CARTER PAGE,

      Plaintiff,

   - against -        Civil Action No. 17-CV-06990-LGS

OATH INC., and BROADCASTING
BOARD OF GOVERNORS,

      Defendants.
---------------------------------------------------------------- x

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all pleadings herein, Defendant Oath Inc. hereby moves before the Honorable Lorna G. Schofield, United States District Judge, Southern District of New York, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint in this action with prejudice as to Defendant Oath Inc.

  PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule set by the Court on September 29, 2017, opposition papers, if any, must be served and filed on or before December 6, 2017, and reply papers must be served and filed on or before December 22, 2017.

Dated: November 6, 2017      Respectfully submitted,

               DAVIS WRIGHT TREMAINE LLP

             By: */s/ James Rosenfeld*
              James Rosenfeld
              Jeremy A. Chase
              Abigail B. Everdell
              1251 Avenue of the Americas, 21st Floor
              New York, New York 10020
              Phone: (212) 489-8230
              Fax: (212) 489-8340
              Email: jamesrosenfeld@dwt.com
                 jeremychase@dwt.com
                 abigaileverdell@dwt.com
              *Counsel for Defendant Oath Inc.*