```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CARTER PAGE,                                                :
                                    Plaintiff,              :
                                                            :        17 Civ. 6990 (LGS)
                -against-                                   :
                                                            :              ORDER
BROADCASTING BOARD OF GOVERNORS,                            :
et al.,                                                     :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2018

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 16, 2018, Plaintiff filed letter motions seeking a leave to amend the Complaint as to his claims against Defendants Oath Inc., and Broadcasting Board of Governors (Dkt. Nos. 51, 52); it is hereby

**ORDERED** that Defendants Oath Inc., and Broadcasting Board of Governors shall each file a letter response, no longer than three pages, single spaced, **by May 9, 2018**.  The Clerk of Court is directed to close this case and mail a copy of this Order to pro se Plaintiff.

Dated: May 2, 2018
       New York, NY

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**